Howard M. Ehrenberg, Trustee
333 South Grand Ave. Suite 3400
Los Angeles, CA 90071
Telephone:     (213) 626-2311
hehrenberg@sulmeyerlaw.com

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In Re:<br><br>CHRISTOPHER WATERS | Case No.: 19-22444<br><br>Chapter 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) [11 USC 341(a)]<br><br>Date: 01/09/2020<br>Time: 11:00 AM |

COUNSEL: ZZ PRO PER ZZ
TO THE ABOVE NAMED DEBTOR(S):

The continued meeting will be held in the United States Trustee Meeting Rooms at 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017.

The meeting was continued for the following reason:

Please contact the trustee assistant two (2) days prior to the continued meeting date by email to determine if an appearance is necessary.

Dated:  December 18, 2019                         /s/ Howard M. Ehrenberg
                                                  Howard M. Ehrenberg
                                                  Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, on December 18, 2019

                                                  /s/ Lupe Cortez
                                                  Trustee Administrator
                                                  lcortez@sulmeyerlaw.com