## United States Bankruptcy Court
## Central District of California

**255 East Temple Street, Los Angeles, CA 90012**

## <u>NOTICE TO CREDITORS</u>

**DEBTOR(S) INFORMATION:**
Christopher Jason Waters
**SSN:** xxx–xx–2052
**EIN:** 46–4889723
aka Jason Waters, dba Karyn Lever Group Inc.,
dba Restart Solar LLC

1001 Fremont Ave., #3763
South Pasadena, CA 91030

**BANKRUPTCY NO.** 2:19–bk–22444–SK
**CHAPTER** 7

Due to ongoing concerns related to the Coronavirus (COVID–19), all appearances on upcoming matters

in your case must be made telephonically until further notice.

CourtCall, the Bankruptcy Courts telephonic provider, is offering FREE access for parties who do

not have an attorney (pro se parties) through August 31, 2020. Please contact CourtCall at

(888) 88–COURT (866–582–6878) or visit CourtCalls website for details. Review the Telephonic

Instructions tab on Judge Kleins webpage for specific instructions.

https://www.cacb.uscourts.gov/judges/honorable–sandra–r–klein

Dated: August 6, 2020

For The Court,

**Kathleen J. Campbell**
Clerk of Court

**46 / TDM**