| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| EDWARD M. WOLKOWITZ (STATE BAR NO. 68298)<br>emw@lnbyb.com<br>ANTHONY A. FRIEDMAN (STATE BAR NO. 201955)<br>aaf@lnbyb.com<br>LEVENE, NEALE, BENDER, YOO & BRILL, L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA  90067<br>Telephone:  (310) 229-1234<br>Facsimile:  (310) 229-1244 | |

☐  Individual *appearing without an attorney*
☒  *Attorney for:* Howard M. Ehrenberg, Ch 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br><br>**CHRISTOPHER JASON WATERS,** | CASE NO.: 2:19-bk-22444 SK |
|---|---|
| | CHAPTER: 7 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**  (*title of motion*[1]):<br><u>CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH KARYN LEVER AND DEBTOR CHRISTOPHER JASON WATERS</u> |

PLEASE TAKE NOTE that the order titled <u>Order Granting Chapter 7 Trustee's Motion to Approve Compromise of Controversy with Karyn Lever and Debtor Christopher Jason Waters</u>

was lodged on (*date*) <u>1/25/21</u> and is attached.  This order relates to the motions, which are docket number <u>51</u>

---

[1]  Please abbreviate if title cannot fit into text field.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# EXHIBIT "A"

EDWARD M. WOLKOWITZ (SBN 68298)
emw@lnbyb.com
ANTHONY A. FRIEDMAN (SBN 201955)
aaf@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244

Attorneys for Howard M. Ehrenberg, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| **In re**<br><br>**CHRISTOPHER JASON WATERS,**<br><br>Debtor. | **Case No.: 2:19-bk-22444 SK**<br><br>**Chapter 7**<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY WITH KARYN LEVER AND DEBTOR CHRISTOPHER JASON WATERS**<br><br>**[Federal Rule of Bankruptcy Procedure 9019 and Local Bankruptcy Rule 9013-1(o)(1)]**<br><br>**[No Hearing Required]** |

The Court having read and considered the "Notice of Motion and Chapter 7 Trustee's Motion To Approve Compromise Of Controversy With Karyn Lever and Debtor Christopher Jason Waters" (the "Motion") [Docket No. 51] filed by Howard M. Ehrenberg, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Christopher Jason Waters (the "Debtor"), pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9013-1(o)(1) for approval of the Settlement Agreement and Release (the "Agreement") entered into by and between the Trustee, Karyn Lever ("Lever") and the Debtor with regard to potential avoidance claims against Lever relating to the Debtor and Lever's dissolution of marriage, marital settlement agreement and subsequent dissolution judgment obtained in the Superior Court of California, County of Los Angeles, Pasadena Courthouse, the memorandum of points and authorities, the declaration filed therewith, and the declaration of the Trustee's counsel certifying that he has not received any response, opposition or request for a hearing to the Motion, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1.    The Motion is GRANTED.

2.    The terms and conditions of the Agreement, attached as Exhibit "1" to the Motion, are approved.

3.    The Trustee, Lever and the Debtor are authorized to take any and all reasonable steps necessary to effectuate the Agreement.

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067.

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 25, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com,
  ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
- Anthony A Friedman    aaf@lnbyb.com
- Ashley L Gjorgjeski    efile@fivelakesagency.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Craig C Lang    clang@feldmanandassoc.com, mfeldman@feldmanandassoc.com
- Edmond Richard McGuire    ermlawgroupcmecf@gmail.com,R60691@notify.bestcase.com
- Arvind Nath Rawal    arawal@americaninfosource.com
- Ketan G Sawarkar    ketan.sawarkar@americaninfosource.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jennifer H Wang    jwang@cookseylaw.com, jwang@ecf.courtdrive.com
- Edward M Wolkowitz    emw@lnbrb.com

**2. SERVED BY UNITED STATES MAIL**: On **January 25, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Christopher Jason Waters
1001 Fremont Ave., #3763
South Pasadena, CA 91030

Karyn Lever and Christopher Jason Waters
c/o E. Richard McGuire, Esq.
Shamrock Legal, APC
2828 Cochran St., Suite 350,
Simi Valley, CA  93065

RSN
Capital One Auto Finance
AIS Portfolio Services, LP
Account:  XXXXXXXXX1234
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK  73118

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 25, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                      **F 9013-3.1.PROOF.SERVICE**

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

| **January 25, 2021** | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| Date | Type Name | Signature |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_June 2012_                                    **F 9013-3.1.PROOF.SERVICE**