1   ANTHONY A. FRIEDMAN (State Bar No. 201955)
    aaf@lnbyg.com
2   LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
3   2818 La Cienega Avenue
    Los Angeles, California 90034
4   Telephone: (310) 229-1234
    Facsimile: (310) 229-1244
5

6   Attorneys for Howard M. Ehrenberg, Chapter 7 Trustee

7                 UNITED STATES BANKRUPTCY COURT

8                 CENTRAL DISTRICT OF CALIFORNIA

9                     LOS ANGELES DIVISION

10

11  **In re**                          Case No.: 2:19-bk-22444 SK

12  **CHRISTOPHER JASON WATERS,**       Chapter 7

13              Debtor.                 **FIRST AND FINAL APPLICATION OF
                                        LEVENE, NEALE BENDER, YOO &
14                                      GOLUBCHIK L.L.P. FOR
                                        COMPENSATION FOR LEGAL SERVICES
15                                      RENDERED AND REIMBURSEMENT OF
                                        EXPENSES INCURRED BY ATTORNEYS
16                                      FOR CHAPTER 7 TRUSTEE

17                                      **DECLARATIONS OF ANTHONY A.
                                        FRIEDMAN AND HOWARD M.
18                                      EHRENBERG IN SUPPORT THEREOF**

19
                                        [11 U.S.C. § 330, Fed. R. Bankr. P. 2016(a)
20                                      and Loc. Bankr. R. 2016-1(b)]

21

22                                      **DATE:**    [To Be Set]
                                        **TIME:**    [To Be Set]
23                                      **PLACE:**   Courtroom 1575

24

25

26

27

28

**TO THE HONORABLE SANDRA R. KLEIN, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER INTERESTED PARTIES:**

The following information is supplied in conformity with Form No. 2016-1.2 of the United States Bankruptcy Court for the Central District of California:

1.      Name of Applicant:  Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("Applicant" or "LNBYG").

2.      Type of Services Rendered: Attorneys for Chapter 7 Trustee for the period January 3, 2020, through and including the conclusion of the case.

3.      Date of Filing of Petition under Chapter 7 of the Bankruptcy Code:  October 22, 2019 (the "Petition Date") [Docket No. 1].

4.      Date of Entry of Order Approving Applicant's Employment: February 24, 2020 [Docket No. 37]. The order approving Applicant's employment states that Applicant's employment is effective as of January 3, 2020.

5.      Date of Filing of Last Fee and Expense Application:  Not applicable.

6.      Total Fees Allowed or Paid to Applicant to Date (including Retainers and Prior Approved Fee Applications):  Not applicable.

   a.  Retainer remaining as of the date of this application:  Not applicable.

   b.  Total amount requested in all prior applications:  Not applicable.

   c.  Total amount actually paid pursuant to prior approved applications: Not applicable.

   d.  Total amount currently due but unpaid pursuant to prior approved applications: Not applicable.

   e.  Total amount allowed but reserved pending final fee application: Not applicable.

7.      Summary of Requested Fees:  See Exhibits 1, 2 and 3.

8.      The hourly rates cited herein are the same rates charged by Applicant's professionals for non-bankruptcy services.

9.      Bonus requested (final fee applications only): Not applicable.

10.     Total Fees Requested through this Application: $10,890.00[1].

11.     At the fee request of $10,890.00, the blended hourly rate for the services covered by this Application is $162.78.

12.     Total Expenses Paid to Date:  Not applicable.

13.     Summary of Requested Expense Reimbursement: Not applicable.

14.     Total Expense Reimbursement Requested through this Application: $345.00. See Exhibit 4.

15.     Total Fees and Expenses Requested through this Application: $11,235.00[2].

16.     Applicant Submits the Following in Support of the Application in accordance with Loc. Bankr. R. 2016-1(a)(1)(D):  See **NARRATIVE STATEMENT (at Page 7)**.

17.     Applicant requests allowance of compensation for services rendered and reimbursement for the costs advanced in said amounts, and payment of one hundred percent (100%) of the fees for services rendered and costs advanced and as specifically set forth in this Application.

18.     Applicant understands that as of January 13, 2022, the Trustee was holding the sum of $32,571.36 in the bankruptcy estate account for this case.

19.     Based on the Trustee and Applicant's efforts in this case, there will be a meaningful payout to creditors.

/ / /

/ / /

---

[1] The amount of fees originally incurred by LNBYG for representation of the Trustee in this bankruptcy estate were in the amount of $36,409.50. Voluntarily, LNBYG reduced its fees by $3,089.00 in attorney and/or paraprofessional time by providing certain "no charge" time entries, resulting in fees of $22,687.50.  In addition, it should be noted that LNBYG also "no charged" certain time entries at the time the fees were incurred as an accommodation to the Trustee.   Those entries are reflected at $0.00 on the fee statements.   Finally, at the specific request of the Trustee, LNBYG agreed to further reduce the request for fees by $22,430.50, resulting in a total fee request of $10,890.00.

[2] See Footnote 1, above.

20.    Applicant declares under penalty of perjury under the laws of the United States of America that the foregoing application and all attached supporting documentation are true and correct and accurately reflects services rendered and expenses incurred.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of January 2022, at Los Angeles, California.

LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.


By: __/s/ Anthony A. Friedman_____
ANTHONY A. FRIEDMAN
Attorneys for Howard M. Ehrenberg, Chapter 7
Trustee For the Bankruptcy Estate of Christopher
Jason Water

**FINAL FEE APPLICATION OF LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.**

A.    **Summary of Case**

On October 22, 2019 (the "Petition Date"), the Debtor commenced Bankruptcy Case Number 2:19-bk-22444-SK (the "Bankruptcy Case") by filing a voluntary petition for relief under Title 11, Chapter 7 of the United States Code (the "Bankruptcy Code") [Docket No. 1]. Thereafter, the Trustee was appointed Chapter 7 Trustee for the Debtor's bankruptcy estate, a capacity in which he continues to serve.

On the Petition Date, the Debtor also filed his bankruptcy schedules and statement of financial affairs (the "Schedules") [Docket No. 1].

Prior to the Petition Date, on July 9, 2009, the Debtor married Lever.  In or about January 2010, Lever purchased and took title to the real property located at 5919 El Mio Drive, Los Angeles, California 90042 (the "Property").  In or about 2013, the Debtor was added to the title of the Property.

In or about late 2018, Lever commenced a petition for dissolution of marriage against the Debtor in the Superior Court of California, County of Los Angeles, Pasadena Courthouse, bearing case number 18PDFL02152 (the "Dissolution Action").  Following the commencement of the Dissolution Action, the Debtor and Lever entered into a marital settlement agreement (the "MSA") providing, among other things, that the Property would be transferred to Lever (the "Transfer"). On December 31, 2018, the Court in the Dissolution Action approved the MSA by entering a Judgment of Dissolution (the "Judgment").

Following the Petition Date, with the assistance of Applicant, the Trustee commenced his due diligence regarding the Dissolution Action, the MSA, the Judgment and an analysis of the assets disposed of pursuant to the Judgment, including, but not limited to, the Transfer

On January 24, 2020, the Trustee, with the assistance of Applicant, caused to be filed his application to employ Applicant as his general bankruptcy counsel (the "Employment Application") [Docket No. 31].   On February 24, 2020 the Court entered an order granting the Employment Application [Docket No. 37].

In conjunction with Applicant's legal services to the Trustee, with considerable time spent discussing the legal issues with the Debtor, it was determined that at or about the time of the Judgment, the Property had a fair market value of approximately $900,000 and secured debt of approximately $450,000, providing for equity of approximately $450,000. The Trustee and Applicant analyzed the legal issues associated with the Debtor's pre-Petition Date interest in the Property, and the legal issues associated with the Transfer. The Trustee's analysis concluded that the MSA, the Transfer and the Judgment were avoidable on the basis that the Debtor did not receive reasonably equivalent value in exchange for the Transfer. The remaining assets of the Debtor and Lever, at the time of the Judgment, were insignificant and appeared to be distributed relatively equally.

The Debtor and Lever dispute the Trustee's contentions regarding the MSA, the Transfer and the Judgment. Indeed, the Debtor and Lever contend that Lever obtained the Property following marriage and that pursuant to an agreement between the Debtor and Lever, the Property would belong to Lever and that the community property interest in the Property, if any, is not the full extent asserted by the Trustee. The Debtor and Lever also argued that there is deferred maintenance on the Property and that the Trustee's valuation of the Property, at the time of the Transfer, is not as the Trustee suggests. The Trustee disputes the validity of the agreement between the Debtor and Lever regarding the disposition of title to the Property.

The Trustee and Applicant concluded that complex family law issues existed with respect to the avoidance of the Transfer, a purported pre-nuptial agreement and the estate's interest in the Property following avoidance of the Transfer, thus, following lengthy, extensive negotiations with the Debtor and Debtor's counsel, a settlement agreement was reached resolving these issues.

Applicant prepared the settlement agreement that provided, _inter alia_, that the Trustee would forbear from seeking to avoid the Transfer in exchange for Lever and the Debtor paying the Trustee, on behalf of the estate, a settlement of $33,000.00 (the "Settlement Amount"). Additionally, under the terms of the Agreement, the Trustee received a deed of trust to be recorded against the Property to secure the Settlement Amount until such time as the Settlement Amount was paid in full.

1    Applicant provided those legal services necessary to the Trustee and, on January 5, 2021,

2    Applicant assisted the Trustee with the preparation and filing of the *Chapter 7 Trustees Motion to*

3    *Approve Compromise of Controversy with Karyn Lever and Debtor Christopher Jason Waters* (the

4    "Compromise Motion") [Docket No. 51]. On January 26, 2021, the Court entered an order granting

5    the Compromise Motion [Docket No. 55]. Thereafter, Applicant provided those legal services

6    necessary to the Trustee to insure collection of the Settlement Amount.

7    The estate has been fully administered. All non-exempt assets have been monetized for the

8    benefit of the estate. The Trustee is therefore in the process of preparing the Trustee's Final Report

9    to make distributions and close the case.

10    <u>**NARRATIVE STATEMENT OF SERVICES RENDERED**</u>

11    Pursuant to Fed. R. Bankr. P. 2016(a) and Loc. Bankr. R. 2016-1(b)(2) (referencing Loc.

12    Bankr. R. 2016-1(a)), Applicant submits this narrative of services rendered and expenses incurred

13    by Applicant on behalf of the Trustee as follows:

14    **A.    <u>Asset Analysis and Recovery</u>**

15    In this category of services, Applicant analyzed assets of the estate, including the Schedules,

16    the MSA, the Transfer and the Judgment. Applicant also was required to spend significant time

17    conferring and discussing the legal issues relative to administration of the case with the Debtor.

18    Applicant's total fees in this category are $14,130.00 and hours expended are 23.6. It

19    should be noted that Applicant provided a voluntary discount of fees for this category in the amount

20    of $889.00 (prior to Applicant's subsequent, further reduction of fees in the amount of $22,430.50,

21    resulting in a total fee request of $10,890.00).

22    **B.    <u>Asset Disposition</u>**

23    This category involves services rendered in connection with the Trustee's efforts to

24    administer and liquidate the Transfer and the Property. More specifically, in this category Applicant

25    spent time, among other things, drafting the Compromise Motion for Court approval and related

26    pleadings. Applicant also was required to confer with the Debtor regarding collection of the

27    Settlement Amount.

28

Applicant's total fees in this category are $15,157.00 and hours expended are 27.2.   It should be noted that Applicant provided a voluntary discount of fees for this category in the amount of $750.00 (prior to Applicant's subsequent, further reduction of fees in the amount of $22,430.50, resulting in a total fee request of $10,890.00).

**C.      Case Administration**

In this category of services, Applicant conferred with the Trustee regarding general case issues and related pleadings.

Applicant's total fees in this category are $159.50 and hours expended are 0.5.    It should be noted that Applicant provided a voluntary discount of fees for this category in the amount of $159.50 (prior to Applicant's subsequent, further reduction of fees in the amount of $22,430.50, resulting in a total fee request of $10,890.00).

**D.      Claims Admin and Objections**

In this category of services, Applicant conferred with the Trustee and the Debtor regarding the Cha claim, American Express claim and various other claims.

Applicant's total fees in this category are $5,672.50 and hours expended are 9.5.

**E.      Fee and Employment Applications**

In this category of services, Applicant prepared Application's employment application and related pleadings.  Additionally, Applicant analyzed the notice to professionals to file fee applications filed by the Trustee and prepared and filed this Application.

Applicant's total fees in this category are $1,290.50 and hours expended are 6.1.  It should be noted that Applicant provided a voluntary discount of fees for this category in the amount of $1,290.50 (prior to Applicant's subsequent, further reduction of fees in the amount of $22,430.50, resulting in a total fee request of $10,890.00).

**INFORMATION REGARDING COMPENSATION OF FEES RENDERED**

1.      Attached hereto as **Exhibit 1** is an itemized listing of the services rendered by Applicant, and the hours expended for the period covered by this Application.  Summaries of the time expended by Applicant's members and associates, and fees incurred, are included at the end of

1    **Exhibit 1**, and in **Exhibits 2** and **3**. Attached as **Exhibit 5** is a resume of Applicant and its members

2    and associates.

3        2.        On the basis of the above, Applicant requests final approval of compensation from

4    January 3, 2020, through the conclusion of the case in the sum of $10,890.00[3] for fees, which

5    Applicant believes to be a fair and reasonable fee for services rendered.

6                    **<u>INFORMATION REGARDING REIMBURSABLE EXPENSES</u>**

7        1.        Included in the attached **Exhibit 4** is a summary of all expenses incurred in

8    connection with Applicant's representation of the Trustee during the period covered by this final fee

9    application.

10        2.        Applicant's request for reimbursement of expenses herein includes costs advanced

11    for telephone expense, reproduction and other out-of-pocket costs and expenses necessarily

12    incurred on behalf of the Trustee. Applicant has made every effort to limit the expenditure of

13    expenses and to use the most economical means available for accomplishing the tasks requiring

14    expenditure of costs.

15        3.        Applicant charges $1.00 per page for outgoing facsimile transmissions.  Applicant

16    does not charge for incoming facsimile transmissions.

17        4.        Photocopies are generally handled in-house, and clients are charged $.20 per page as

18    reflected in the detailed billing statements attached hereto.  Applicant's charge reflects the actual

19    costs incurred by the firm for the machines, supplies and extra labor associated with those copies.

20    The number of photocopies is recorded automatically when the person making the copies enters the

21    appropriate account number into a device attached to Applicant's xerox machines.

22        5.        Applicant incurred costs for postage for mailing notices to creditors and general

23    correspondence in representing the Trustee.  Costs for postage are also compiled automatically

24    based on account numbers identified when postage is printed by Applicant's postage meter.

25    / / /

26    / / /

27    _____

28    [3] See, Footnote 1, above.

1

**LEGAL ANALYSIS**

2        Prior to the Bankruptcy Code, the rule with respect to compensation requests in the Ninth

3    Circuit was that the Bankruptcy Court should award attorneys' fees in accordance with a "strict rule

4    of economy test." In re THC Financial Corp., 659 F.2d 951, 955 n.2 (9th Cir. 1981), cert. denied,

5    456 U.S. 977 (1982).   This is no longer the law.   The legislative history to Section 330 of the

6    Bankruptcy Code indicates that Congress was primarily concerned with protecting the public

7    interest in the smooth, efficient operation of the bankruptcy system by encouraging competent

8    bankruptcy specialists to remain in the field.   First National Bank of Chicago v. Committee of

9    Creditors Holding Unsecured Claims (In re Powerline Oil Co.), 71 B.R. 767, 770 (Bankr. 9th Cir.

10   1986); In re Baldwin-United Corp., 79 B.R. 321, 346 (Bankr. S.D. Ohio 1987).   Toward this end,

11   Congress specifically disavowed notions of economy of administration, and provided that

12   compensation in bankruptcy cases should be comparable to what is charged in nonbankruptcy

13   matters.   Id. at 346.

14       Under the lodestar approach, the Court is to determine the number of hours reasonably

15   expended in an attorney's representation of a debtor or a trustee and multiply such number by a

16   reasonable hourly rate for the services performed.   See Delaware Valley Citizens' Council for Clear

17   Air, 478 U.S. at 565; In re Powerline Oil Co., 71 B.R. 770.   A reasonable hourly rate is

18   presumptively the rate the marketplace pays for the services rendered.   Missouri v. Jenkins by

19   Agyei, 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); Burgess v. Klenske (In re Manoa Finance Co.,

20   Inc.) 853 F.2d 687, 691 (9th Cir. 1988).   Recognizing that the determination of an appropriate

21   "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

22            "Market prices of commodities and most services are determined by supply
             and demand.  In this traditional sense there is no such thing as a prevailing
23           market rate for the service of lawyers in a particular community.  The type
             of services rendered by lawyers, as well as their experience, skill, and
24           reputation, varies extensively -- even within a law firm.  Accordingly, the
             hourly rates of lawyers in private practice also vary widely.  The fees
25           charged often are based on the product of hours devoted to the
             representation multiplied by the lawyer's customary rate."
26

27   Blum v. Stenson, 465 U.S. 886, 895 n.11 (1984).  In determining reasonable attorneys' fees under 42

28   U.S.C. § 1988 (civil rights actions), the Supreme Court has stated that a reasonable attorney's fee

1  "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by their own

2  attorneys." <u>Missouri v. Jenkins by Agyei</u>, 109 S.Ct. at 2470 (quoting <u>City of Riverside v. Rivera</u>,

3  477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)).  Accordingly, a reasonable hourly rate is the

4  hourly amount to which attorneys in the area with comparable skill, experience and reputation

5  typically would be entitled as compensation.  <u>Blum v. Stenson</u>, 465 U.S. at 895 n. 11.

6      Applicant respectfully submits that the hourly rates for its attorneys and paraprofessionals are

7  reasonable and appropriate in the relevant community and in view of the circumstances of this case.

8  Applicant's hourly rates have been approved in numerous other cases similar to the case at bar.

9  Applicant was selected by the Trustee because of the Trustee's confidence in Applicant's ability to

10  successfully assist the Trustee in the administration of this case.

11      Applicant respectfully submits that the foregoing establishes that the fees and costs of

12  Applicant described herein are reasonable and that compensation of fees and reimbursement of costs

13  incurred is appropriate.

14  **<u>CONCLUSION</u>**

15      For the reasons set forth above, Applicant respectfully requests that the Court enter an Order:

16      1.      Approving this Application;

17      2.      Allowing compensation to Applicant for services rendered from January 3, 2020

18  through the conclusion of the case in the amount of $10,890.00[4];

19      3.      Allowing reimbursement of expenses incurred from January 3, 2020 through the

20  conclusion of the case in the amount of $345.00; and

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  _____

28  [4] See, Footnote 1, above.

1

       4.      For such other and further relief as this Court deems just and proper.

2

Dated: January 24, 2022                      Respectfully Submitted

3

                                            LEVENE, NEALE, BENDER,

4

                                            YOO & BRILL L.L.P.

5

6

                                    By:   /s/ Anthony A. Friedman

                                            ANTHONY A. FRIEDMAN

7

                                Attorneys for Howard M. Ehrenberg, Chapter 7
Trustee For the Bankruptcy Estate of Christopher

8

                                Jason Waters

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF HOWARD M. EHRENBERG

I, HOWARD M. EHRENBERG, hereby declare:

1.    I am the duly appointed and acting Chapter 7 Trustee in this case of Debtor Christopher Jason Waters. This Declaration is made in support of the First and Final Application of Levene, Neale, Bender, Yoo & Brill L.L.P. (the "LNBYG" or "Applicant") for Compensation For Legal Services Rendered And Reimbursement Of Expenses Incurred By Attorney For Chapter 7 Trustee for the period January 3, 2020 through the conclusion of the case (the "Application"). I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would competently testify to those facts.

2.    I have read and reviewed the Application and the summaries attached as Exhibits thereto and know the contents thereof.

3.    I have no objection to the request for fees and expenses and believe that they are fair and appropriate given the services rendered and the results achieved in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of January 2022, at Los Angeles, California.

HOWARD M. EHRENBERG
Chapter 7 Trustee

### <u>DECLARATION OF ANTHONY A. FRIEDMAN</u>

I, ANTHONY A. FRIEDMAN, hereby declare:

1. I am an attorney at law licensed in the State of California and admitted to practice in the Central District of California. I am one of the designated professionals responsible for overseeing the billing in this above-entitled matter of Debtor Christopher Jason Waters and for assuring compliance with the Guidelines of the United States Trustee relating to billing. I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would competently testify to those facts.

2. The Fee Application submitted by Levene, Neale, Bender, Yoo & Brill L.L.P. (the "<u>Applicant</u>") for the time period from January 3, 2020 through the conclusion of the case complies with United States Trustee Guidelines For Reviewing Applications for Compensation and Reimbursement of Expenses except as specifically noted and justified in the Application.

3. I believe the Application accurately reflects the services rendered and expenses incurred by Applicant in this case.

4. Neither I, nor any member of Applicant, has any agreement or understanding of any kind or nature to divide, pay over or share any portion of the fees to be awarded to Applicant with any other person or attorney, except as among the members of Applicant.  Applicant has provided legal services to the Trustee with an effort to keep all costs to a minimum and believes that its respective billing rates are reasonable and well within the scope of fees charged by professionals for services of a similar nature.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of January 2022, at Los Angeles, California.


   ___/s/ Anthony A. Friedman_____
   ANTHONY A. FRIEDMAN

# EXHIBIT "1"

## FEE APPLICATION

**Howard Ehrenberg, Chapter 7 Trustee**
**Howard Ehrenberg**
**333 South Grand Avenue, Suite 3400**
**Los Angeles, CA  90071**

**1/18/2022**

**Christopher Jason Waters**                        **EMW**
**OUR FILE #:  9065**

**PROFESSIONAL SERVICE RENDERED**     1/3/2020     **THROUGH**   1/13/2022

| | | | |
|---|---|---|---|
| **TOTAL PROFESSIONAL HOURS** | 66.9 | **FEES** | $36,409.50 |

*VOLUNTARY REDUCTION* *(-3,089.00)*

*$33,320.50*

### COSTS

| | |
|---|---|
| REPRODUCTION COSTS | 212.00 |
| FEDERAL EXPRESS | 18.97 |
| GROUND TRANSPORTATION | 17.48 |
| COURT RESEARCH   PACER | 35.20 |
| POSTAGE | 61.35 |
| **TOTAL COSTS** | **$345.00** |

**CURRENT PERIOD TOTAL PROFESSIONAL FEES AND COSTS**     **$36,754.50**

*LESS FURTHER VOLUNTARY REDUCTION* *(-22,430.50)*

*FEES & COSTS* *$11,235.00*

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #    9065**

1/18/2022          Page #      1

**From Date        1/3/2020**
**To Date        1/13/2022**

### 01 - ASSET ANALYSIS AND RECOVERY

| | | | | | |
|---|---|---|---|---|---|
| 1/3/2020 | REVIEW MULTIPLE CORRESPONDENCES AND DOCUMENTS FROM TRUSTEE RE POTENTIAL AVOIDANCE CLAIMS AND DISPOSITION OF DEBTOR REAL PROPERTY | | | | |
| 2312434 | AAF | | 595.00 | $654.50 | 1.1 |
| 1/17/2020 | EMAIL EXCHANGE WITH TRUSTEE RE ANALYSIS OF POTENTIAL AVOIDANCE ACTION | | | | |
| 2312464 | AAF | | 595.00 | $119.00 | 0.2 |
| 1/21/2020 | ANALYSIS OF DEBTOR'S SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS, DOCUMENTS PROVIDED BY DEBTOR, PENDING STATE COURT CROSS COMPLAINT AND DEBTOR DISSOLUTION JUDGMENT | | | | |
| 2309430 | AAF | | 595.00 | $1,368.50 | 2.3 |
| 1/21/2020 | DRAFT CORRESPONDENCE TO TRUSTEE RE LEGAL ANALYSIS OF DOCUMENTS PROVIDED BY DEBTOR, PENDING STATE COURT CROSS COMPLAINT AND DEBTOR DISSOLUTION JUDGMENT AND RECOMMENDATIONS RE LITIGATION CLAIMS AND ADMINISTRATION OF ESTATE ASSETS | | | | |
| 2309431 | AAF | | 595.00 | $535.50 | 0.9 |
| 1/22/2020 | EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE RE LEGAL ANALYSIS OF POTENTIAL AVOIDANCE ACTION OF DISSOLUTION JUDGMENT AND DISPOSITION OF REAL PROPERTY | | | | |
| 2309780 | AAF | | 595.00 | $178.50 | 0.3 |
| 1/22/2020 | REVIEW CORRESPONDENCE FROM TRUSTEE RE TITLE REPORT OVERVIEW OF DEBTOR FORMER RESIDENCE | | | | |
| 2309782 | AAF | | 595.00 | $119.00 | 0.2 |
| 1/22/2020 | TELEPHONE CONFERENCE WITH TRUSTEE RE POTENTIAL AVOIDANCE ACTION, POSSIBLE 727 ISSUE AND TITLE REVIEW OF PROPERTY RE TRANSFER TO FORMER SPOUSE | | | | |
| 2309783 | AAF | | 595.00 | $178.50 | 0.3 |
| 1/29/2020 | ANALYSIS OF DOCUMENTS RE CASE ADMINISTRATION | | | | |
| 2315296 | EMW | | 635.00 | $889.00 | 1.4 |
| 2/7/2020 | EMAIL EXCHANGE WITH TRUSTEE RE OBTAINING INFORMATION FROM DEBTOR RE ASSET VALUES TRANSFERRED IN DISSOLUTION | | | | |
| 2313863 | AAF | | 595.00 | $119.00 | 0.2 |
| 2/19/2020 | DRAFT CORRESPONDENCE TO DEBTOR RE REQUEST FOR INFORMATION AND DOCUMENTS RE DISSOLUTION AND VALUATION OF ASSETS | | | | |
| 2317040 | AAF | | 595.00 | $119.00 | 0.2 |
| 2/21/2020 | REVIEW CORRESPONDENCE FROM DEBTOR RE REQUESTED DOCUMENTS SOUGHT BY TRUSTEE | | | | |
| 2322092 | AAF | | 595.00 | $59.50 | 0.1 |



## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #    9065**

1/18/2022          Page #         **2**

**From Date        1/3/2020**
**To Date          1/13/2022**

2/21/2020   DRAFT CORRESPONDENCE TO DEBTOR RE CLARIFICATION OF REQUEST FOR DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 2322093 | AAF | | 595.00 | $59.50 | 0.1 |

2/21/2020   DRAFT CORRESPONDENCE TO TRUSTEE RE COMMUNICATIONS AND DOCUMENT REQUESTED OF DEBTOR

| | | | | | |
|---|---|---|---|---|---|
| 2322096 | AAF | | 595.00 | $119.00 | 0.2 |

3/19/2020   REVIEW CORRESPONDENCE FROM DEBTOR RE DEMARINIS COMPLAINT AND DISSOLUTION WITH FORMER SPOUSE

| | | | | | |
|---|---|---|---|---|---|
| 2325393 | AAF | | 595.00 | $119.00 | 0.2 |

3/24/2020   EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE AVOIDANCE ACTION AGAINST DEBTOR FORMER SPOUSE AND OBTAINING INFORMATION/DOCUMENTS FROM DEBTOR

| | | | | | |
|---|---|---|---|---|---|
| 2326417 | AAF | | 595.00 | $238.00 | 0.4 |

3/24/2020   DRAFT CORRESPONDENCE TO DEBTOR RE REQUEST FOR INFORMATION RE PROPERTY TRANSFER, DISSOLUTION AND DEMARINIS PENDING STATE COURT LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 2326419 | AAF | | 595.00 | $178.50 | 0.3 |

3/24/2020   EMAIL EXCHANGE WITH MULTIPLE FURTHER WITH DEBTOR RE DISSOLUTION AND REAL PROPERTY TRANSFER

| | | | | | |
|---|---|---|---|---|---|
| 2326430 | AAF | | 595.00 | $238.00 | 0.4 |

3/24/2020   EMAIL EXCHANGE WITH FURTHER MULTIPLE WITH DEBTOR RE DISSOLUTION JUDGMENT AND DEMARINIS LITIGATION ISSUES

| | | | | | |
|---|---|---|---|---|---|
| 2326440 | AAF | | 595.00 | $238.00 | 0.4 |

3/26/2020   TELEPHONE CONFERENCE WITH DEBTOR RE DISSOLUTION ACTION, DISPOSITION OF REAL PROPERTY AND DEMARINIS LITIGATION CLAIMS

| | | | | | |
|---|---|---|---|---|---|
| 2327137 | AAF | | 595.00 | $654.50 | 1.1 |

3/27/2020   REVIEW MULTIPLE CORRESPONDENCES FROM DEBTOR RE DISPOSITION OF PROPERTY AND RELATED LEGAL ISSUES

| | | | | | |
|---|---|---|---|---|---|
| 2329209 | AAF | | 595.00 | $119.00 | 0.2 |

3/30/2020   REVIEW CORRESPONDENCE FROM DEBTOR RE ADDITIONAL INFORMATION REGARDING DISSOLUTION WITH FORMER SPOUSE

| | | | | | |
|---|---|---|---|---|---|
| 2327672 | AAF | | 595.00 | $119.00 | 0.2 |

3/31/2020   REVIEW CORRESPONDENCE FROM DEBTOR RE FURTHER INFORMATION REGARDING DISSOLUTION AND DEMARINIS LITIGATION

| | | | | | |
|---|---|---|---|---|---|
| 2329219 | AAF | | 595.00 | $119.00 | 0.2 |

4/7/2020    EMAIL EXCHANGE WITH DEBTOR RE ANALYSIS OF CLAIMS REGARDING DISSOLUTION JUDGMENT AND PROPERTY TRANSFER

| | | | | | |
|---|---|---|---|---|---|
| 2330978 | AAF | | 595.00 | $119.00 | 0.2 |

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #   9065**

**1/18/2022**      Page #      **3**

**From Date**      **1/3/2020**
**To Date**       **1/13/2022**

4/8/2020   REVIEW CORRESPONDENCE FROM DEBTOR RE PROVIDING INFORMATION REGARDING
POTENTIAL ESTATE CLAIMS AND DISSOLUTION JUDGMENT

| | | | | |
|---|---|---|---|---|
| 2330986 | AAF | 595.00 | $119.00 | 0.2 |

4/8/2020   REVIEW MULTIPLE CORRESPONDENCES FROM DEBTOR RE DISPOSITION OF DISSOLUTION
ACTION, DEBTOR OPPOSITION TO ADMINISTRATION OF FORMER SPOUSE RESIDENCE AND
OBJECTIONS TO CLAIMS ISSUES

| | | | | |
|---|---|---|---|---|
| 2330989 | AAF | 595.00 | $297.50 | 0.5 |

4/9/2020   REVIEW FURTHER CORRESPONDENCE FROM DEBTOR RE INFORMATION REGARDING
DISSOLUTION AND DEMAND THAT TRUSTEE NOT ADMINISTER ESTATE

| | | | | |
|---|---|---|---|---|
| 2330997 | AAF | 595.00 | $119.00 | 0.2 |

4/9/2020   EMAIL EXCHANGE WITH TRUSTEE RE COMMUNICATIONS WITH DEBTOR AND ANALYSIS OF
LEGAL ISSUES RELATED TO REAL PROPERTY

| | | | | |
|---|---|---|---|---|
| 2330999 | AAF | 595.00 | $119.00 | 0.2 |

4/9/2020   ANALYSIS OF DEBTOR DOCUMENTS AND CORRESPONDENCES, DEBTOR'S SCHEDULES AND
AMENDED SCHEDULES REGARDING LEGAL ANALYSIS OF POTENTIAL AVOIDANCE CLAIMS
RELATED TO DEBTOR DISSOLUTION AND TRANSFER OF ASSETS

| | | | | |
|---|---|---|---|---|
| 2331004 | AAF | 595.00 | $1,368.50 | 2.3 |

4/9/2020   DRAFT MEMORANDUM TO TRUSTEE RE LEGAL ANALYSIS OF POTENTIAL AVOIDANCE ACTIONS
AND OTHER POTENTIAL ESTATE ASSETS

| | | | | |
|---|---|---|---|---|
| 2331005 | AAF | 595.00 | $297.50 | 0.5 |

4/10/2020   DRAFT CORRESPONDENCE TO DEBTOR RE DISCUSSIONS WITH TRUSTEE RE ANALYSIS OF
POTENTIAL ESTATE ASSETS

| | | | | |
|---|---|---|---|---|
| 2331018 | AAF | 595.00 | $59.50 | 0.1 |

4/10/2020   EMAIL EXCHANGE WITH AF; REVIEW CASE ANALYSIS

| | | | | |
|---|---|---|---|---|
| 2330933 | EMW | 635.00 | $508.00 | 0.8 |

4/14/2020   REVIEW CORRESPONDENCE FROM TRUSTEE TO DEBTOR RE CLAIMS FILED AGAINST ESTATE
AND POTENTIAL DISPOSITION OF DEBTOR INTEREST IN REAL PROPERTY

| | | | | |
|---|---|---|---|---|
| 2331953 | AAF | 595.00 | $119.00 | 0.2 |

4/14/2020   DRAFT CORRESPONDENCE TO TRUSTEE RE CLAIMS BAR DATE, ANALYSIS OF AVOIDANCE
ACTION RE DEBTOR TRANSFER OF PROPERTY IN DISSOLUTION ACTION AND RELATED ISSUES

| | | | | |
|---|---|---|---|---|
| 2331955 | AAF | 595.00 | $119.00 | 0.2 |

4/16/2020   DRAFT CORRESPONDENCE TO TRUSTEE PASSAGE OF CLAIMS BAR DATE AND
RECOMMENDATIONS RE PROCEEDING WITH POTENTIAL ESTATE ASSETS

| | | | | |
|---|---|---|---|---|
| 2332520 | AAF | 595.00 | $119.00 | 0.2 |

4/17/2020   EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE RE EXPIRATION OF CLAIMS BAR DATE AND
ADMINISTRATION OF DEBTOR ESTATE INCLUDING REAL PROPERTY INTEREST

| | | | | |
|---|---|---|---|---|
| 2332738 | AAF | 595.00 | $297.50 | 0.5 |

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #    9065**

**1/18/2022**        Page #        **4**

**From Date**        **1/3/2020**
**To Date**          **1/13/2022**

4/18/2020   TELEPHONE CONFERENCE WITH DEBTOR RE OBJECTION TO CLAIMS AND TRUSTEE
RECOVERY OF AVOIDABLE TRANSFER

| 2333527 | AAF | 595.00 | $238.00 | 0.4 |

4/18/2020   EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE RE COMMUNICATIONS WITH DEBTOR RE
INTEREST IN REAL PROPERTY AND POTENTIAL OBJECTIONS TO CLAIMS

| 2333528 | AAF | 595.00 | $119.00 | 0.2 |

4/20/2020   REVIEW CORRESPONDENCE FROM DEBTOR RE REQUEST FOR ANALYSIS OF REAL PROPERTY
TRANSFERRED TO FORMER SPOUSE

| 2333523 | AAF | 595.00 | $119.00 | 0.2 |

4/20/2020   EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR RE OBJECTIONS TO CLAIMS AGAINST ESTATE
AND ANALYSIS OF DISSOLUTION AND TRANSFER OF ASSETS

| 2333524 | AAF | 595.00 | $357.00 | 0.6 |

4/21/2020   REVIEW CORRESPONDENCE FROM DEBTOR RE ANALYSIS OF CLAIMS AND DISPOSITON OF
ESTATE INTEREST IN REAL PROPERTY TRANSFERRED IN DISSOLUTION

| 2333520 | AAF | 595.00 | $119.00 | 0.2 |

4/21/2020   EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR RE COMMUNICATIONS REGARDING ANALYSIS
OF CLAIMS AND DISPOSITON OF ESTATE INTEREST IN REAL PROPERTY TRANSFERRED IN
DISSOLUTION

| 2333521 | AAF | 595.00 | $119.00 | 0.2 |

4/22/2020   REVIEW CORRESPONDENCES FROM DEBTOR RE ISSUES RELATED TO TRANSFERRED REAL
PROPERTY

| 2333716 | AAF | 595.00 | $59.50 | 0.1 |

4/22/2020   REVIEW FURTHER CORRESPONDENCES FROM DEBTOR RE CONFERENCE CALL REGARDING
CLAIMS

| 2333719 | AAF | 595.00 | $59.50 | 0.1 |

4/22/2020   TELEPHONE CONFERENCE WITH DEBTOR RE DISPOSITION OF CLAIMS AGAINST ESTATE AND
ISSUES REGARDING AVOIDABLE TRANSFER OF PROPERTY

| 2333727 | AAF | 595.00 | $357.00 | 0.6 |

4/22/2020   EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR RE ATTEMPTS TO RESOLVE CLAIMS AGAINST
ESTATE RE POTENTIAL GLOBAL SETTLEMENT

| 2333739 | AAF | 595.00 | $119.00 | 0.2 |

4/24/2020   EMAIL EXCHANGE WITH MULTIPLE WITH GJORGJESKI RE DEBTOR ATTEMPT TO COMPROMISE
CLAIM

| 2334187 | AAF | 595.00 | $119.00 | 0.2 |

4/24/2020   TELEPHONE CONFERENCE WITH GJORGJESKI RE DEBTOR ATTEMPT TO COMPROMISE CLAIM

| 2334188 | AAF | 595.00 | $178.50 | 0.3 |

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #    9065**

| | 1/18/2022 | Page # | 5 |
|---|---|---|---|
| | **From Date** | | **1/3/2020** |
| | **To Date** | | **1/13/2022** |

4/24/2020    EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR RE DEMARINIS CLAIMS AND DISPOSITION OF
            SETTLEMENTS WITH CREDITORS

| 2334189 | AAF | 595.00 | $238.00 | 0.4 |
|---|---|---|---|---|

4/24/2020    EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE RE COMMUNICATIONS WITH DEBTOR RE
            POTENTIAL CLAIMS AGAINST DEMARINIS AND AVOIDANCE ACTION

| 2334190 | AAF | 595.00 | $178.50 | 0.3 |
|---|---|---|---|---|

4/24/2020    DRAFT CORRESPONDENCE TO DEBTOR RE SOURCE OF FUNDS RE DEBTOR SETTLEMENTS
            WITH CREDITORS RE FILED CLAIMS

| 2334198 | AAF | 595.00 | $119.00 | 0.2 |
|---|---|---|---|---|

4/24/2020    EMAIL EXCHANGE WITH MULTIPLE, FURTHER WITH DEBTOR RE DEMARINIS CLAIM AND ISSUES
            RELATED TO DISSOLUTION TRANSFER

| 2336675 | AAF | 595.00 | $357.00 | 0.6 |
|---|---|---|---|---|

4/27/2020    EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR RE DISPOSITION OF AMEX, CITIBANK AND
            CHA CLAIMS AND RELATED ISSUES REGARDING ADMINISTRATION OF ESTATE ASSETS

| 2334666 | AAF | 595.00 | $178.50 | 0.3 |
|---|---|---|---|---|

5/28/2020    DRAFT CORRESPONDENCE TO DEBTOR RE DISPOSITION OF CHA AND AMERICAN EXPRESS
            CLAIMS AND RECOVERY OF AVOIDABLE TRANSFER

| 2342460 | AAF | 595.00 | $119.00 | 0.2 |
|---|---|---|---|---|

6/4/2020     DRAFT LEGAL ANALYSIS CORRESPONDENCE TO TRUSTEE RE DISPOSITION OF ESTATE
            CLAIMS AND POTENTIAL AVOIDANCE  ACTION

| 2344946 | AAF | 595.00 | $476.00 | 0.8 |
|---|---|---|---|---|

7/13/2020    EMAIL EXCHANGE WITH TRUSTEE RE DEBTOR ANALYSIS OF CHA CLAIM AND DISPOSITION
            REGARDING AVOIDANCE ACTION

| 2354368 | AAF | 595.00 | $119.00 | 0.2 |
|---|---|---|---|---|

7/13/2020    EMAIL EXCHANGE WITH FURTHER, MULTIPLE WITH TRUSTEE RE DEBTOR CHA CLAIM
            OPPOSITION AND ISSUES REGARDING AVOIDANCE ACTION

| 2354369 | AAF | 595.00 | $178.50 | 0.3 |
|---|---|---|---|---|

| | | **Total** | **$14,130.00** | **23.6** |
|---|---|---|---|---|

### 02 - ASSET DISPOSITION

4/17/2020    DRAFT CORRESPONDENCE TO DEBTOR RE TRUSTEE REQUESTS FOR ADMINISTRATION OF
            DEBTOR ESTATE AND ASSETS

| 2332741 | AAF | 595.00 | $119.00 | 0.2 |
|---|---|---|---|---|

7/21/2020    REVIEW NOTICE OF ABANDONMENT OF DEBTOR VEHICLES

| 2358471 | AAF | 595.00 | $59.50 | 0.1 |
|---|---|---|---|---|

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #    9065**

**1/18/2022**    Page #    **6**

**From Date    1/3/2020**
**To Date    1/13/2022**

| Date | Description | | Rate | Amount | Hours |
|------|-------------|---|------|--------|-------|
| 9/28/2020 | EMAIL EXCHANGE WITH MULTIPLE WITH MCGUIRE RE DISPOSITION OF DEBTOR CASE, CONVERSION TO CHAPTER 13 AND RELATED LEGAL ISSUES | | | | |
| | 2373720 | AAF | 595.00 | $238.00 | 0.4 |
| 9/30/2020 | EMAIL EXCHANGE WITH MULTIPLE WITH MCGUIRE RE ISSUES RELATED TO CHA POTENTIAL COMPROMISE OF CLAIM AND RESOLUTION OF ESTATE CLAIMS AGAINST FORMER SPOUSE | | | | |
| | 2373685 | AAF | 595.00 | $178.50 | 0.3 |
| 10/5/2020 | REVIEW CORRESPONDENCE FROM DEBTOR COUNSEL RE ATTEMPT TO RESOLVE CLAIMS IN EXCHANGE FOR ABANDONMENT AND PAYMENT TO ESTATE | | | | |
| | 2375746 | AAF | 595.00 | $119.00 | 0.2 |
| 10/5/2020 | DRAFT CORRESPONDENCE TO DEBTOR COUNSEL RE REQUEST OF CSLB DOCUMENTS | | | | |
| | 2375747 | AAF | 595.00 | $119.00 | 0.2 |
| 10/14/2020 | EMAIL EXCHANGE WITH MULTIPLE WITH MCGUIRE RE DISPOSITION OF CLAIMS WITH DEBTOR | | | | |
| | 2382992 | AAF | 595.00 | $178.50 | 0.3 |
| 11/3/2020 | TELEPHONE CONFERENCE WITH MCGUIRE RE SETTLEMENT DISCUSSIONS REGARDING DISPOSITION OF DEBTOR ESTATE AND AVOIDANCE CLAIMS | | | | |
| | 2382936 | AAF | 595.00 | $297.50 | 0.5 |
| 11/4/2020 | DRAFT CORRESPONDENCE TO TRUSTEE RE ANALYSIS OF ESTATE ASSETS AND DEBTOR OFFER TO COMPROMISE | | | | |
| | 2383538 | AAF | 595.00 | $476.00 | 0.8 |
| 11/4/2020 | EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE RE SETTLEMENT PARAMETERS | | | | |
| | 2383539 | AAF | 595.00 | $119.00 | 0.2 |
| 11/4/2020 | EMAIL EXCHANGE WITH MCGUIRE RE SETTLEMENT DISCUSSIONS | | | | |
| | 2383540 | AAF | 595.00 | $178.50 | 0.3 |
| 11/5/2020 | TELEPHONE CONFERENCE WITH MCGUIRE RE SETTLEMENT DISCUSSIONS | | | | |
| | 2383897 | AAF | 595.00 | $178.50 | 0.3 |
| 11/5/2020 | DRAFT CORRESPONDENCE TO TRUSTEE RE SETTLEMENT DISCUSSIONS WITH DEBTOR | | | | |
| | 2383898 | AAF | 595.00 | $119.00 | 0.2 |
| 11/6/2020 | EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE RE SETTLEMENT OF AVOIDANCE CLAIMS WITH DEBTOR | | | | |
| | 2384120 | AAF | 595.00 | $119.00 | 0.2 |

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #    9065**

1/18/2022        Page #        7

**From Date        1/3/2020**
**To Date        1/13/2022**

11/6/2020    DRAFT CORRESPONDENCE TO MCGUIRE RE SETTLEMENT OF AVOIDANCE CLAIMS

| 2384121 | AAF | 595.00 | $119.00 | 0.2 |

11/9/2020    EMAIL EXCHANGE WITH MULTIPLE WITH MCGUIRE RE SETTLEMENT DISCUSSIONS RE AVOIDANCE CLAIM

| 2384663 | AAF | 595.00 | $119.00 | 0.2 |

11/15/2020    DRAFT SETTLEMENT AGREEMENT WITH DEBTOR AND LEVER

| 2386058 | AAF | 595.00 | $1,428.00 | 2.4 |

11/16/2020    REVISE SETTLEMENT AGREEMENT WITH DEBTOR AND K. LEVER

| 2386282 | AAF | 595.00 | $476.00 | 0.8 |

11/16/2020    DRAFT DEED OF TRUST RE SETTLEMENT WITH DEBTOR AND K. LEVER

| 2386283 | AAF | 595.00 | $654.50 | 1.1 |

11/19/2020    DRAFT CORRESPONDENCE TO TRUSTEE RE COMMENTS RE SETTLEMENT AGREEMENT WITH DEBTOR/LEVER

| 2387169 | AAF | 595.00 | $59.50 | 0.1 |

11/19/2020    EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE RE COMMENTS TO SETTLEMENT AGREEMENT RE DEED OF TRUST COMPONENT

| 2387170 | AAF | 595.00 | $178.50 | 0.3 |

11/19/2020    DRAFT CORRESPONDENCE TO MCGUIRE RE SETTLEMENT DOCUMENTS

| 2387204 | AAF | 595.00 | $119.00 | 0.2 |

11/21/2020    DRAFT CORRESPONDENCE TO MCGUIRE RE SETTLEMENT DOCUMENTS

| 2387487 | AAF | 595.00 | $119.00 | 0.2 |

11/30/2020    DRAFT CORRESPONDENCE TO MCGUIRE RE STATUS OF EXECUTION OF SETTLEMENT DOCUMENTS

| 2389498 | AAF | 595.00 | $119.00 | 0.2 |

12/2/2020    REVIEW CORRESPONDENCE AND ATTACHMENTS FROM MCGUIRE RE COMMENTS TO SETTLEMENT AGREEMENT AND DEED OF TRUST

| 2390625 | AAF | 595.00 | $178.50 | 0.3 |

12/2/2020    REVISE SETTLEMENT AGREEMENT AND DEED OF TRUST WITH DEBTOR LEVER COUNSEL COMMENTS

| 2390628 | AAF | 595.00 | $178.50 | 0.3 |

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #    9065**

1/18/2022          Page #    **8**

**From Date          1/3/2020**
**To Date          1/13/2022**

12/2/2020    DRAFT CORRESPONDENCE TO MCGUIRE RE REVISED DOCUMENTS AND COMMENTS RE PRE-NUP AGREEMENT

| | | | | |
|---|---|---|---|---|
| 2390629 | AAF | 595.00 | $178.50 | 0.3 |

12/9/2020    DRAFT CORRESPONDENCE TO MCGUIRE RE STATUS OF EXECUTION OF SETTLEMENT WITH DEBTOR

| | | | | |
|---|---|---|---|---|
| 2392581 | AAF | 595.00 | $119.00 | 0.2 |

12/9/2020    REVIEW CORRESPONDENCE FROM MCGUIRE RE COMMUNICATIONS WITH DEBTOR RE SETTLEMENT

| | | | | |
|---|---|---|---|---|
| 2392582 | AAF | 595.00 | $59.50 | 0.1 |

12/11/2020    REVIEW CORRESPONDENCE AND SIGNED DOCUMENTS FROM MCGUIRE RE SETTLEMENT

| | | | | |
|---|---|---|---|---|
| 2392982 | AAF | 595.00 | $119.00 | 0.2 |

12/11/2020    EMAIL EXCHANGE WITH MULTIPLE WITH MCGUIRE RE MISSING SIGNED AGREEMENT BY COUNSEL AND SETTLEMENT PAYMENT

| | | | | |
|---|---|---|---|---|
| 2392983 | AAF | 595.00 | $238.00 | 0.4 |

12/11/2020    DRAFT CORRESPONDENCE TO TRUSTEE RE SETTLEMENT AGREEMENT, DEBTOR SIGNATURE AND RELATED ISSUES

| | | | | |
|---|---|---|---|---|
| 2392984 | AAF | 595.00 | $119.00 | 0.2 |

12/11/2020    REVIEW CORRESPONDENCE FROM TRUSTEE RE EXECUTED SETTLEMENT AGREEMENT

| | | | | |
|---|---|---|---|---|
| 2393014 | AAF | 595.00 | $59.50 | 0.1 |

12/14/2020    TELEPHONE CONFERENCE WITH AAF RE SETTLEMENT WITH DEBTOR

| | | | | |
|---|---|---|---|---|
| 2394101 | EMW | 635.00 | $254.00 | 0.4 |

12/15/2020    DRAFT CORRESPONDENCE TO MCGUIRE RE STATUS OF SIGNATURE ON SETTLEMENT AND SETTLEMENT PAYMENT

| | | | | |
|---|---|---|---|---|
| 2393739 | AAF | 595.00 | $59.50 | 0.1 |

12/15/2020    EMAIL EXCHANGE WITH MULTIPLE WITH MCGUIRE RE EXECUTION OF SETTLEMENT AND PAYMENT OF INITIAL SETTLEMENT PROCEEDS

| | | | | |
|---|---|---|---|---|
| 2393749 | AAF | 595.00 | $119.00 | 0.2 |

12/21/2020    DRAFT CORRESPONDENCE TO MCGUIRE RE STATUS OF SETTLEMENT AGREEMENT, DEED OF TRUST AND INITIAL SETTLEMENT PAYMENT

| | | | | |
|---|---|---|---|---|
| 2395090 | AAF | 595.00 | $119.00 | 0.2 |

12/25/2020    EMAIL EXCHANGE WITH MULTIPLE WITH MCGUIRE RE STATUS OF PAYMENT AND NOTARIZED SETTLEMENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2396511 | AAF | 595.00 | $119.00 | 0.2 |

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #    9065**

**1/18/2022        Page #        9**

**From Date        1/3/2020**
**To Date        1/13/2022**

12/28/2020   DRAFT NOTICE OF 9019 MOTION RE COMPROMISE WITH DEBTOR AND KARYN LEVER

| 2396513 | AAF | 595.00 | $476.00 | 0.8 |
|---|---|---|---|---|

12/30/2020   EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE RE OBTAINING SETTLEMENT DOCUMENTS
AND INITIAL SETTLEMENT PAYMENT FROM LEVER AND DEBTOR

| 2397076 | AAF | 595.00 | $119.00 | 0.2 |
|---|---|---|---|---|

12/30/2020   REVIEW CORRESPONDENCE FROM MCGUIRE RE FORWARDING SETTLEMENT DOCUMENTS
AND SETTLEMENT PAYMENT

| 2397087 | AAF | 595.00 | $119.00 | 0.2 |
|---|---|---|---|---|

12/31/2020   REVIEW CORRESPONDENCE FROM DEBTOR RE SETTLEMENT AGREEMENT

| 2397800 | AAF | 595.00 | $59.50 | 0.1 |
|---|---|---|---|---|

1/4/2021   REVIEW CORRESPONDENCE FROM MCGUIRE RE SETTLEMENT DOCUMENTS AND INITIAL
SETTLEMENT PAYMENTS

| 2398288 | AAF | 605.00 | $121.00 | 0.2 |
|---|---|---|---|---|

1/4/2021   DRAFT CORRESPONDENCE TO TRUSTEE RE INITIAL SETTLEMENT PAYMENT FROM DEBTOR
AND DEED OF TRUST/SETTLEMENT DOCUMENTS

| 2398290 | AAF | 605.00 | $121.00 | 0.2 |
|---|---|---|---|---|

1/4/2021   DRAFT 9019 MOTION RE COMPROMISE WITH LEVER AND DEBTOR AND DECLARATION OF
TRUSTEE IN SUPPORT OF 9019 MOTION

| 2398444 | AAF | 605.00 | $1,694.00 | 2.8 |
|---|---|---|---|---|

1/4/2021   REVISE 9019 NOTICE RE COMPROMISE WITH LEVER AND DEBTOR

| 2398445 | AAF | 605.00 | $242.00 | 0.4 |
|---|---|---|---|---|

1/4/2021   EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE RE INITIAL SETTLEMENT AND 9019 MOTION

| 2398446 | AAF | 605.00 | $121.00 | 0.2 |
|---|---|---|---|---|

1/5/2021   REVIEW CORRESPONDENCE FROM TRUSTEE RE COMMENTS RE 9019 MOTION

| 2398747 | AAF | 605.00 | $121.00 | 0.2 |
|---|---|---|---|---|

1/5/2021   PREPARATION OF PLEADING PREPARE, FILE AND SERVE (1) MOTION TO COMPROMISE WITH
KARYN LEVER AND DEBTOR, (2) NOTICE OF MOTION

| 2399274 | LM | 250.00 | $225.00 | 0.9 |
|---|---|---|---|---|

w/o

1/13/2021   ANALYSIS OF DOCUMENTS RE COMPROMISE

| 2400438 | EMW | 635.00 | $317.50 | 0.5 |
|---|---|---|---|---|

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #    9065**

**1/18/2022    Page #    10**

**From Date    1/3/2020**
**To Date    1/13/2022**

1/25/2021    DRAFT ORDER GRANTING 9019 MOTION, DECLARATION OF NON OPPOSITION

| | | | | |
|---|---|---|---|---|
| 2402613 | AAF | 605.00 | $181.50 | 0.3 |

1/25/2021    EMAIL EXCHANGE WITH TRUSTEE RE ORDER GRANTING 9019 MOTION

| | | | | |
|---|---|---|---|---|
| 2402614 | AAF | 605.00 | $60.50 | 0.1 |

1/25/2021    EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE RE DISPOSITION OF FIRST INSTALLMENT OF SETTLEMENT PAYMENT

| | | | | |
|---|---|---|---|---|
| 2402615 | AAF | 605.00 | $121.00 | 0.2 |

1/25/2021    PREPARATION OF PLEADING PREPARE, FILE AND SERVE (1) DECLARATION OF NON-OPPOSITION RE 9019 MOTION WITH K. LEVER AND DEBTOR; (2) NOTICE OF LODGMENT; LODGE ORDER

w/o

| | | | | |
|---|---|---|---|---|
| 2403943 | LM | 250.00 | $525.00 | 2.1 |

1/26/2021    REVIEW ENTERED ORDER GRANTING 9019 MOTION

| | | | | |
|---|---|---|---|---|
| 2402813 | AAF | 605.00 | $60.50 | 0.1 |

1/28/2021    DRAFT CORRESPONDENCE TO MCGUIRE RE ENTERED 9019 ORDER AND STATUS OF MONTHLY SETTLEMENT PAYMENTS FROM DEBTOR AND KARYN LEVER

| | | | | |
|---|---|---|---|---|
| 2403284 | AAF | 605.00 | $121.00 | 0.2 |

1/30/2021    REVIEW CORRESPONDENCE FROM TRUSTEE RE DEBTOR SETTLEMENT PAYMENTS

| | | | | |
|---|---|---|---|---|
| 2403641 | AAF | 605.00 | $121.00 | 0.2 |

1/30/2021    DRAFT CORRESPONDENCE TO DEBTOR COUNSEL RE SETTLEMENT PAYMENTS

| | | | | |
|---|---|---|---|---|
| 2403648 | AAF | 605.00 | $121.00 | 0.2 |

2/2/2021    DRAFT CORRESPONDENCE TO TRUSTEE RE COMMUNICATION TO DEBTOR RE SETTLEMENT PAYMENTS AND INQUIRY RE CONFIRMATION OF FEBRUARY 2021 PAYMENT

| | | | | |
|---|---|---|---|---|
| 2404060 | AAF | 605.00 | $121.00 | 0.2 |

2/3/2021    REVIEW CORRESPONDENCE FROM DEBTOR RE REQUEST FOR EXTENSION TO MAKE SETTLEMENT PAYMENTS

| | | | | |
|---|---|---|---|---|
| 2405136 | AAF | 605.00 | $121.00 | 0.2 |

2/3/2021    EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR AND DEBTOR'S COUNSEL RE EXTENSION OF TIME TO MAKE MONTHLY SETTLEMENT PAYMENT

| | | | | |
|---|---|---|---|---|
| 2405137 | AAF | 605.00 | $181.50 | 0.3 |

2/8/2021    DRAFT CORRESPONDENCE TO DEBTOR AND DEBTOR COUNSEL RE STATUS OF DEFAULT UNDER SETTLEMENT AGREEMENT

| | | | | |
|---|---|---|---|---|
| 2406302 | AAF | 605.00 | $121.00 | 0.2 |

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #     9065**

**1/18/2022**        Page #        **11**

**From Date**        **1/3/2020**
**To Date**          **1/13/2022**

2/8/2021    EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR AND DEBTOR'S COUNSEL RE EXTENSION OF
TIME TO PAY SETTLEMENT PAYMENTS

| 2406535 | AAF | 605.00 | $181.50 | 0.3 |

2/9/2021    EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE RE DEBTOR REQUEST TO EXTEND PAYMENT
DUE DATE BY 15 DAYS FOR FEBRUARY AND MARCH 2021

| 2406504 | AAF | 605.00 | $121.00 | 0.2 |

2/9/2021    EMAIL EXCHANGE WITH MULTIPLE DEBTOR AND DEBTOR'S COUNSEL RE EXTENSION OF
PAYMENT DUE DATES BY 15 DAYS FOR FEBRUARY AND MARCH 2021

| 2406508 | AAF | 605.00 | $121.00 | 0.2 |

2/12/2021    EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR RE FEBRUARY 2021 SETTLEMENT PAYMENT

| 2407224 | AAF | 605.00 | $121.00 | 0.2 |

2/17/2021    EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE RE DEBTOR FEBRUARY 2021 SETTLEMENT
PAYMENT

| 2407867 | AAF | 605.00 | $121.00 | 0.2 |

3/8/2021    REVIEW CORRESPONDENCE FROM DEBTOR RE SETTLEMENT PAYMENT

| 2413133 | AAF0 | 0.00 | $0.00 | 0.2 |

4/5/2021    EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR RE APRIL 2021 SETTLEMENT PAYMENT

| 2419782 | AAF | 605.00 | $121.00 | 0.2 |

5/5/2021    REVIEW CORRESPONDENCE FROM DEBTOR RE SETTLEMENT PAYMENT

| 2427062 | AAF | 605.00 | $60.50 | 0.1 |

5/5/2021    DRAFT CORRESPONDENCE TO TRUSTEE RE DEBTOR SETTLEMENT PAYMENT AND RELATED
CASE ISSUES

| 2427063 | AAF | 605.00 | $60.50 | 0.1 |

6/3/2021    EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR RE SETTLEMENT PAYMENT

| 2434664 | AAF | 605.00 | $60.50 | 0.1 |

6/8/2021    REVIEW CORRESPONDENCE FROM DEBTOR RE SETTLEMENT PAYMENT

| 2435610 | AAF | 605.00 | $60.50 | 0.1 |

7/6/2021    REVIEW CORRESPONDENCE FROM DEBTOR RE SETTLEMENT PAYMENT

| 2442992 | AAF | 605.00 | $60.50 | 0.1 |

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #    9065**

**1/18/2022**     Page #     **12**

**From Date**     **1/3/2020**
**To Date**     **1/13/2022**

| | | | | | |
|---|---|---|---|---|---|
| 8/5/2021 | EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR RE STATUS OF SETTLEMENT PAYMENTS | | | | |
| 2449525 | AAF | 605.00 | | $121.00 | 0.2 |
| 10/5/2021 | EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR RE LUMP SUM PAYMENT OF SETTLEMENT AND OUTSTANDING BALANCE | | | | |
| 2464290 | AAF | 605.00 | | $121.00 | 0.2 |
| 10/5/2021 | EMAIL EXCHANGE WITH TRUSTEE RE OUTSTANDING SETTLEMENT BALANCE WITH DEBTOR | | | | |
| 2464291 | AAF | 605.00 | | $121.00 | 0.2 |
| 10/12/2021 | REVIEW CORRESPONDENCE FROM DEBTOR RE LUMP SUM PAYMENT OF SETTLEMENT AMOUNT | | | | |
| 2467206 | AAF | 605.00 | | $60.50 | 0.1 |
| 10/13/2021 | EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR RE SETTLEMENT PAYOFF, RELEASE OF KARYN LEVER AND RELATED CASE CLOSING ISSUES | | | | |
| 2467784 | AAF | 605.00 | | $242.00 | 0.4 |
| | | Total | | **$15,157.00** | **27.2** |

### 04 - CASE ADMINISTRATION

| | | | | | |
|---|---|---|---|---|---|
| 1/3/2020 | PREPARATION OF REQUEST FOR COURTESY NEF BY A. FRIEDMAN; E-FILE | | | | |
| 2305996 | LM | 250.00 | | $50.00 | 0.2 |
| 1/3/2020 | PREPARATION OF BRIEF REQUEST FOR COURTESY NEF BY E. WOLKOWITZ; E-FILE | | | | |
| 2305998 | LM | 250.00 | | $50.00 | 0.2 |
| 9/28/2020 | REVIEW SUBSTITUTION OF ATTORNEY - MCGUIRE FOR DEBTOR | | | | |
| 2373719 | AAF | 595.00 | | $59.50 | 0.1 |
| | | Total | | **$159.50** | **0.5** |

*w/o*
*w/o*
*w/o*

### 05 - CLAIMS ADMIN. AND OBJECTIONS

| | | | | | |
|---|---|---|---|---|---|
| 4/14/2020 | REVIEW CORRESPONDENCE FROM DEBTOR RE POTENTIAL BASIS OF OBJECTIONS TO CLAIMS FILED IN DEBTOR CASE | | | | |
| 2331954 | AAF | 595.00 | | $59.50 | 0.1 |
| 4/20/2020 | TELEPHONE CONFERENCE WITH AAF RE OBJECTIONS; REVIEW E-MAIL FROM TRUSTEE | | | | |
| 2333458 | EMW | 635.00 | | $317.50 | 0.5 |

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #    9065**

**1/18/2022**    Page #    **13**

**From Date**    **1/3/2020**
**To Date**    **1/13/2022**

| Date | Description | ID | Code | Rate | Amount | Hours |
|---|---|---|---|---|---|---|
| 4/23/2020 | REVIEW CORRESPONDENCE FROM DEBTOR RE OBJECTION TO CHA CLAIM | 2334003 | AAF | 595.00 | $119.00 | 0.2 |
| 4/23/2020 | EMAIL EXCHANGE WITH MULTIPLE WITH COUNSEL FOR AMERICAN EXPRESS RE DEBTOR NEGOTIATION OF CLAIM | 2334004 | AAF | 595.00 | $238.00 | 0.4 |
| 4/23/2020 | TELEPHONE CONFERENCE WITH MCGEE AT BECKETT & LEE RE DEBTOR CASE STATUS AND DEBTOR NEGOTIATION OF CLAIM | 2334005 | AAF | 595.00 | $178.50 | 0.3 |
| 4/23/2020 | REVIEW VERIZON WITHDRAWAL OF CLAIM | 2334006 | AAF | 595.00 | $59.50 | 0.1 |
| 4/23/2020 | EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR RE SETTLEMENT OF CLAIMS AND CHA OBJECTION | 2334007 | AAF | 595.00 | $238.00 | 0.4 |
| 4/29/2020 | REVIEW MULTIPLE CORRESPONDENCES FROM DEBTOR RE DISPOSITION OF AMERICAN EXPRESS AND CITIBANK CLAIMS AND ISSUES RELATED TO CHA CLAIM | 2335433 | AAF | 595.00 | $178.50 | 0.3 |
| 4/29/2020 | EMAIL EXCHANGE WITH FURTHER MULTIPLE WITH DEBTOR RE AMERICAN EXPRESS CLAIM AND ISSUES RELATED TO CHA CLAIM | 2336953 | AAF | 595.00 | $178.50 | 0.3 |
| 4/30/2020 | REVIEW CORRESPONDENCE FROM AMERICAN EXPRESS COUNSEL TO DEBTOR RE AMEX CLAIM | 2336955 | AAF | 595.00 | $59.50 | 0.1 |
| 4/30/2020 | REVIEW DEBTOR CORRESPONDENCE TO AMERICAN EXPRESS TO RESOLVE CLAIM | 2336958 | AAF | 595.00 | $119.00 | 0.2 |
| 4/30/2020 | EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR RE CHA/AMERICAN EXPRESS/CITIBANK CLAIMS | 2336973 | AAF | 595.00 | $119.00 | 0.2 |
| 5/1/2020 | REVIEW WITHDRAWAL OF CLAIM OF PYOD AND VERIZON | 2336519 | AAF | 595.00 | $59.50 | 0.1 |
| 5/1/2020 | REVIEW AND ANALYSIS OF DEBTOR BASIS FOR OBJECTION TO CHA CLAIM | 2336520 | AAF | 595.00 | $476.00 | 0.8 |

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #    9065**

1/18/2022    Page #    14

**From Date    1/3/2020**
**To Date    1/13/2022**

5/1/2020    TELEPHONE CONFERENCE WITH DEBTOR RE LEGAL ANALYSIS AND BASIS TO OBJECT TO CHA CLAIM

| 2336521 | AAF | 595.00 | $476.00 | 0.8 |
|---|---|---|---|---|

5/4/2020    REVIEW CORRESPONDENCE FROM DEBTOR RE SETTLEMENT ISSUES WITH CLAIMS AND ANALYSIS

| 2337539 | AAF | 595.00 | $119.00 | 0.2 |
|---|---|---|---|---|

5/29/2020    REVIEW CORRESPONDENCE FROM TRUSTEE RE CHA CLAIM AND DISPOSITION RE AMERICAN EXPRESS CLAIM

| 2343949 | AAF | 595.00 | $119.00 | 0.2 |
|---|---|---|---|---|

6/2/2020    REVIEW CAPITAL ONE WITHDRAWAL OF CLAIM

| 2343978 | AAF | 595.00 | $59.50 | 0.1 |
|---|---|---|---|---|

6/4/2020    EMAIL EXCHANGE WITH DEBTOR RE DISPOSITION OF CAPITAL ONE AND AMEX CLAIMS

| 2344945 | AAF | 595.00 | $119.00 | 0.2 |
|---|---|---|---|---|

6/5/2020    EMAIL EXCHANGE WITH DEBTOR RE OBJECTION TO CHA CLAIM

| 2345181 | AAF | 595.00 | $59.50 | 0.1 |
|---|---|---|---|---|

8/18/2020    DRAFT CORRESPONDENCE TO WATERS RE CHA CLAIM AND STATUS OF WITHDRAWAL OF REMAINDER OF CREDITORS/AMERICAN EXPRESS

| 2367165 | AAF | 595.00 | $178.50 | 0.3 |
|---|---|---|---|---|

8/19/2020    DRAFT CORRESPONDENCE TO CHA RE REQUEST FOR INFORMATION AND DOCUMENTS RE POTENTIAL OBJECTION TO CHA CLAIM 3-1

| 2362768 | AAF | 595.00 | $238.00 | 0.4 |
|---|---|---|---|---|

8/19/2020    EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE RE POTENTIAL OBJECTION TO CHA CLAIM AND RELATED ISSUES/INFORMATION FROM DEBTOR RE CHA CLAIM

| 2362772 | AAF | 595.00 | $178.50 | 0.3 |
|---|---|---|---|---|

8/21/2020    REVIEW CORRESPONDENCE FROM DEBTOR RE CHA CLAIM

| 2363314 | AAF | 595.00 | $59.50 | 0.1 |
|---|---|---|---|---|

8/21/2020    DRAFT CORRESPONDENCE TO DEBTOR RE REQUEST FOR INFORMATION RE CHA CLAIM

| 2363315 | AAF | 595.00 | $119.00 | 0.2 |
|---|---|---|---|---|

8/24/2020    REVIEW CORRESPONDENCE, ANALYSIS AND DOCUMENTS FROM DEBTOR RE CHA CLAIM AND OBJECTION THERETO

| 2363707 | AAF | 595.00 | $178.50 | 0.3 |
|---|---|---|---|---|

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #    9065**

1/18/2022        Page #    15

**From Date        1/3/2020**
**To Date        1/13/2022**

8/24/2020    RESEARCH REGARDING NEIGHBORHOOD ACE LLC AND RAFAEL GUILLEN RE CHA CLAIM

| 2363709 | AAF | 595.00 | $238.00 | 0.4 |
|---|---|---|---|---|

8/24/2020    DRAFT CORRESPONDENCE TO DEBTOR RE COMMENTS AND RESPONSES TO INQUIRY RE
POTENTIAL OBJECTION TO CHA CLAIM

| 2363710 | AAF | 595.00 | $119.00 | 0.2 |
|---|---|---|---|---|

8/25/2020    EMAIL EXCHANGE WITH MULTIPLE WITH DEBTOR RE CHA CLAIM AND POTENTIAL BASIS FOR
OBJECTION TO CLAIM RE NEIGHBORHOOD ACE

| 2364336 | AAF | 595.00 | $238.00 | 0.4 |
|---|---|---|---|---|

8/26/2020    EMAIL EXCHANGE WITH DEBTOR RE CHA CLAIM OBJECTION ISSUES

| 2364323 | AAF | 595.00 | $119.00 | 0.2 |
|---|---|---|---|---|

9/2/2020    EMAIL EXCHANGE WITH MULTIPLE WITH TRUSTEE RE DEMAND FOR DOCUMENTS FROM CHA
RE CHA CLAIM AND NO RESPONSE TO DATE

| 2366925 | AAF | 595.00 | $119.00 | 0.2 |
|---|---|---|---|---|

9/4/2020    REVIEW MEYERS CORRESPONDENCE AND ATTACHMENTS RE RESPONSE TO VALIDITY OF CHA
CLAIM

| 2368080 | AAF | 595.00 | $119.00 | 0.2 |
|---|---|---|---|---|

9/24/2020    DRAFT CORRESPONDENCE TO DEBTOR RE LEGAL ANALYSIS OF CHA CLAIM AND RELATED
LEGAL ISSUES

| 2372418 | AAF | 595.00 | $178.50 | 0.3 |
|---|---|---|---|---|

9/25/2020    EMAIL EXCHANGE WITH DEBTOR RE CHA CLAIM AND RELATED LEGAL ISSUES

| 2372414 | AAF | 595.00 | $59.50 | 0.1 |
|---|---|---|---|---|

9/30/2020    EMAIL EXCHANGE WITH MULTIPLE WITH MEYERS RE RESOLUTION OF CHA CLAIM WITH
DEBTOR AND TRUSTEE CONSENT ISSUES

| 2373684 | AAF | 595.00 | $178.50 | 0.3 |
|---|---|---|---|---|

| | | **Total** | **$5,672.50** | **9.5** |
|---|---|---|---|---|

## 07 - FEE / EMPLOYMENT APPLICATIONS

1/23/2020    DRAFT NOTICE OF APPLICATION AND APPLICATION TO EMPLOY LNBYB AS GENERAL
BANKRUPTCY COUNSEL TO TRUSTEE

| 2310099 | AAF0 | 0.00 | $0.00 | 2.1 |
|---|---|---|---|---|

1/23/2020    REVIEW CORRESPONDENCE FROM TRUSTEE RE COMMENTS TO LNBYB EMPLOYMENT
APPLICATION

| 2310100 | AAF0 | 0.00 | $0.00 | 0.1 |
|---|---|---|---|---|

## DETAILED ACTIVITIES

**Christopher Jason Waters**

**CASE #   9065**

| | 1/18/2022 | Page # | 16 |
|---|---|---|---|
| | **From Date** | | **1/3/2020** |
| | **To Date** | | **1/13/2022** |

| Date | Description | | Amount | | Hours |
|---|---|---|---|---|---|
| 1/24/2020 | PREPARATION OF PLEADING PREPARE, FILE AND SERVE (1) APPLICATION TO EMPLOY LNBYB (2) NOTICE OF APPLICATION | | | | |
| 2310328 | LM | 250.00 | | $375.00 | 1.5 |
| 2/13/2020 | DRAFT DECLARATION OF NON OPPOSITION AND ORDER GRANTING LNBYB EMPLOYMENT APPLICATION | | | | |
| 2316030 | AAF | 595.00 | | $178.50 | 0.3 |
| 2/20/2020 | DRAFT DECLARATION OF NON OPPOSITION AND ORDER EMPLOYING LNBYB | | | | |
| 2317378 | AAF | 595.00 | | $178.50 | 0.3 |
| 2/21/2020 | PREPARATION OF PLEADING PREPARE, FILE AND SERVE (1) DECLARATION THAT NO PARTY REQUESTED A HEARING ON EMPLOYMENT APPLICATION, (2) NOTICE OF LODGMENT; LODGE ORDER | | | | |
| 2320491 | LM | 250.00 | | $375.00 | 1.5 |
| 2/24/2020 | REVIEW ENTERED ORDER EMPLOYING LNBYB | | | | |
| 2317857 | AAF | 595.00 | | $59.50 | 0.1 |
| 1/6/2022 | EMAIL EXCHANGE WITH TRUSTEE RE NOTICE TO PROFESSIONALS TO FILE FEE APPLICATIONS AND RELATED ISSUES | | | | |
| 2489857 | AAF | 620.00 | | $124.00 | 0.2 |
| | | **Total** | | **$1,290.50** | **6.1** |

# INDIVIDUAL ACTIVITIES

1/18/2022        **Page**        **1**

**Christopher Jason Waters**
**CASE #     9065**

### SERVICE RENDERED FROM    1/3/2020        THROUGH    1/13/2022

### 01 - ASSET ANALYSIS AND RECOVERY

| | | | |
|---|---|---|---|
| AAF | 21.4 | 595.00 | $12,733.00 |
| EMW | 2.2 | 635.00 | $1,397.00 |
| **Total Hours** | **23.6** | **Total Fees** | **$14,130.00** |

# INDIVIDUAL ACTIVITIES

1/18/2022    Page    2

**Christopher Jason Waters**
**CASE #    9065**

### SERVICE RENDERED FROM    1/3/2020        THROUGH    1/13/2022

### 02 - ASSET DISPOSITION

| | | | |
|---|---|---|---|
| AAF | 14.0 | 595.00 | $8,330.00 |
| AAF | 9.1 | 605.00 | $5,505.50 |
| AAF0 | 0.2 | 0.00 | $0.00 |
| EMW | 0.9 | 635.00 | $571.50 |
| LM | 3.0 | 250.00 | $750.00 |
| **Total Hours** | **27.2** | **Total Fees** | **$15,157.00** |

# INDIVIDUAL ACTIVITIES

1/18/2022          Page          3

**Christopher Jason Waters**
**CASE  #    9065**

### SERVICE RENDERED FROM   1/3/2020          THROUGH   1/13/2022

### 04 - CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| AAF | 0.1 | 595.00 | $59.50 |
| LM | 0.4 | 250.00 | $100.00 |
| **Total Hours** | **0.5** | **Total Fees** | **$159.50** |

## INDIVIDUAL ACTIVITIES

1/18/2022         Page        4

**Christopher Jason Waters**
**CASE #    9065**

### SERVICE RENDERED FROM    1/3/2020        THROUGH    1/13/2022

### 05 - CLAIMS ADMIN. AND OBJECTIONS

| | | | |
|---|---|---|---|
| AAF | 9.0 | 595.00 | $5,355.00 |
| EMW | 0.5 | 635.00 | $317.50 |
| **Total Hours** | **9.5** | **Total Fees** | **$5,672.50** |

# INDIVIDUAL ACTIVITIES

1/18/2022        Page        5

**Christopher Jason Waters**
**CASE #    9065**

### SERVICE RENDERED FROM    1/3/2020        THROUGH    1/13/2022

### 07 - FEE / EMPLOYMENT APPLICATIONS

| | | | |
|---|---|---|---|
| AAF | 0.7 | 595.00 | $416.50 |
| AAF | 0.2 | 620.00 | $124.00 |
| AAF0 | 2.2 | 0.00 | $0.00 |
| LM | 3.0 | 250.00 | $750.00 |
| **Total Hours** | **6.1** | **Total Fees** | **$1,290.50** |

# EXHIBIT "2"

# PROFESSIONAL ACTIVITY SUMMARY

**Christopher Jason Waters**                                        1/18/2022

**CASE #  9065**

**From Date**    1/3/2020
**To Date**    1/13/2022

| | | | | | |
|---|---|---|---|---|---|
| **AAF** | 45.2 | Hours | @ | 595.00 | $26,894.00 |
| **AAF** | 9.1 | Hours | @ | 605.00 | $5,505.50 |
| **AAF** | 0.2 | Hours | @ | 620.00 | $124.00 |
| **AAF0** | 2.4 | Hours | @ | 0.00 | $0.00 |
| **EMW** | 3.6 | Hours | @ | 635.00 | $2,286.00 |
| **LM** | 6.4 | Hours | @ | 250.00 | $1,600.00 |

| **Total Hours** | 66.9 | | **Total Fees** | $36,409.50 |
|---|---|---|---|---|

# EXHIBIT "3"

## ACTIVITY SUMMARY

**Christopher Jason Waters**                                        1/18/2022

**CASE #  9065**

From Date  1/3/2020

To Date  1/13/2022

| DESCRIPTION | FEES |
|---|---|
| ASSET ANALYSIS AND RECOVERY | $14,130.00 |
| ASSET DISPOSITION | $15,157.00 |
| CASE ADMINISTRATION | $159.50 |
| CLAIMS ADMIN. AND OBJECTIONS | $5,672.50 |
| FEE / EMPLOYMENT | $1,290.50 |
| TOTAL FEES | $36,409.50 |

# EXHIBIT "4"

# COSTS  BREAKDOWN

1/18/2022

**Christopher Jason Waters**
**CASE #   9065**

**From Date**  1/3/2020
**To Date**  1/13/2022

| | | |
|---|---|---:|
| 1/31/2020 | POSTAGE | 19.35 |
| 1/31/2020 | REPRODUCTION COSTS | 47.80 |
| 2/28/2020 | REPRODUCTION COSTS | 63.20 |
| 2/29/2020 | POSTAGE | 11.90 |
| 3/31/2020 | COURT RESEARCH    PACER | 14.80 |
| 4/30/2020 | GROUND TRANSPORTATION | 17.48 |
| 6/30/2020 | COURT RESEARCH    PACER | 5.40 |
| 12/31/2020 | COURT RESEARCH    PACER | 1.40 |
| 1/31/2021 | FEDERAL EXPRESS | 18.97 |
| 1/31/2021 | REPRODUCTION COSTS | 101.00 |
| 1/31/2021 | POSTAGE | 30.10 |
| 5/31/2021 | COURT RESEARCH    PACER | 13.60 |

## COSTS  SUMMARY                    1/18/2022

**Christopher Jason Waters**          **From Date** 1/3/2020
**FILEE #  9065**                     **To Date** 1/13/2022

| | |
|---|---|
| REPRODUCTION COSTS | 212.00 |
| FEDERAL EXPRESS | 18.97 |
| GROUND TRANSPORTATION | 17.48 |
| COURT RESEARCH   PACER | 35.20 |
| POSTAGE | 61.35 |
| **TOTAL COSTS** | **$345.00** |

# EXHIBIT "5"



LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
LAW OFFICES

## Professional Resume

**PROFESSIONAL POSITIONS**

1995 to Present: Co-founder and counsel to Levene, Neale, Bender, Yoo & Brill L.L.P., a nationally recognized business reorganization, commercial litigation and bankruptcy law firm. Also Mr. Levene is the founder of Levene Mediation, an alternative dispute resolution firm specializing in mediation. Mr. Levene has developed over the years a reputation of being a peacemaker, creative problem solver and someone adept at bringing parties and professionals together to reach agreed resolution and thereby avoid or curtailing the time, expense and turmoil associated with litigation.

1983 to 1995: Founder of Levene & Eisenberg, P.C., a law firm also specializing in matters of business reorganization, commercial litigation and bankruptcy.

1974 to 1983: Shareholder with BuchalterNemer, a full service law firm with a commercial law and bankruptcy section.



## DAVID W. LEVENE
dwl@lnbyb.com

**HONORS**

Multiple inclusions in the Los Angeles Business Journal listing of "100 Most Prominent Business Attorneys."
Regularly listed as a "Super Lawyer" in the annual peer review surveys.
Designated "AV Preeminent" in Martindale-Hubbell.

**EDUCATION**

Loyola University School of Law, J.D.
University of Southern California, M.B.A., Finance & Marketing
University of Southern California, B.S., Business Administration

**BAR ADMISSIONS**

State Bar of California
United States District Court for the Northern District of California
United States District Court for the Central District of California
United States District Court for the Eastern District of California
United States District Court for the Southern District of California
United States Court of Appeals for the Ninth Circuit

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067  ■  TEL: 310.229.1234  FAX: 310.229.1244  WWW.LNBYB.COM



LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES

David W. Levene
Professional Resume
continued from page 1

**MEMBERSHIPS AND AFFILIATIONS**

- Southern California Mediation Association
- American Bar Association (Alternative Dispute Resolution Section)
- Beverly Hills Bar Association (Alternative Dispute Resolution Section and Past Chair of Bankruptcy Section)
- Los Angeles County Bar Association (past member: Executive Committee, Commercial Law and Bankruptcy Section; Bankruptcy Subcommittee)
- Federal Bar Association
- Financial Lawyers Conference
- California Bankruptcy Forum
- American Bankruptcy Institute
- Turnaround Management Association

**GUEST LECTURES**

- Frost & Sullivan, Inc. – "Loan Workouts, LBOs and Bankruptcy"
- The Banking Law Institute – "Loan Workouts, Restructures and Bankruptcy"
- Drexel Burnham Lambert – "Chapter 11"
- Financial Lawyers Conference – "Fraudulent Conveyances"
- Los Angeles Bankruptcy Forum – "Out of Court Reorganizations"
- Orange County Bankruptcy Forum – "Restructuring Financially Troubled Businesses"
- Jewelers Board of Trade – "Consignment Issues in Bankruptcy"
- Turnaround Management Association – "Case Study on Representation of Debtor in Out of Court Workouts and Chapter 11"
- Turnaround Management Association – "Gaining Confidence of Lenders and Creditors in Workouts and Restructurings"
- Young Presidents Organization – "Acquisition and Investment Opportunities in Bankruptcy Reorganization Cases"
- The Counselors of Real Estate Convention – "Chapter 11 and the Role of the Real Estate Advisor"
- Association of Insolvency Accountants Valuation Conference – "Valuation Issues in Chapter 11 Cases
- Orange County Bankruptcy Forum – "Workouts"
- American Society of Appraisers – "Role of Appraisers in Bankruptcy and Reorganization Cases"
- Fulcrum Information Services – "Workouts and Restructuring"

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067  ■  TEL: 310.229.1234  FAX: 310.229.1244  WWW.LNBYB.COM

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**DAVID L. NEALE** began his legal career in New York, with the law firm of Kramer, Levin, Nessen, Kamin & Frankel, where he represented creditors and creditors' committees in large, complex cases such as Texaco Inc., LTV Steel and Charter Co. When Mr. Neale relocated to California in 1989, to join the law firm of Levene & Eisenberg, he brought with him an understanding of creditors' rights and remedies that he was able to apply to the representation of debtors and other constituencies in bankruptcy and workout situations.



**DAVID L. NEALE**
dln@lnbyg.com

His broad experience includes handling cases in a variety of areas including: **Manufacturing** (successful Chapter 11 reorganization for companies such as Future Media Productions, a manufacturer of blank CDs and DVDs; California Aircraft & Engines, Inc., a manufacturer of aircraft engine parts with claimants from around the world; DCC Compact Classics, Inc., a manufacturer of specialty CDs and recordings; Fernandes Guitars, a manufacturer of electric and acoustic guitars for distribution around the world); **Food and beverage industry** (Chinois Restaurant, successful Chapter 11 reorganization for a Las Vegas restaurant; Café-Melisse Valencia, successful out-of-court workout and orderly liquidation; Galletti Brothers Foods, successful Chapter 11 reorganization for one of the nation's largest fresh seafood wholesalers) Crunchies Food Company, successful Chapter 11 sale of assets of retailer of dried fruit snacks); **Construction** (successful Chapter 11 reorganization for Rock & Waterscape, Inc., builder of water-themed features in Las Vegas and around the world); **Real Estate** (successful Chapter 11 cases for Roosevelt Lofts, LLC, involving a condominium conversion in downtown Los Angeles; North Silver Lake Lodge, LLC, involving one of the last undeveloped parcels of real property in the Deer Valley, Utah ski resort area; IDM Corporation and its affiliates requiring the restructuring of over $1 billion in debt; and Galletti Brothers Investments, a real estate partnership with multiple properties. He has also represented Ritter Ranch Development, the owner of an 11,000-acre development property in Palmdale; and National Enterprises, Inc. and San Diego Investments, real estate management and development companies with properties across the United States); **Energy** (representing the California Independent System Operator Corporation in connection with the bankruptcy cases of California Power Exchange, Pacific Gas & Electric Co., Enron Inc. and Mirant and its affiliates; Evergreen Oil, an oil re-refining company operating throughout California); **Banking and finance** (Imperial Credit Industries,

continued. . .                                                                 pg 1 of  4

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

Inc.); **Trucking** (Green Fleet Systems and TKS Leasing, successfully confirming a plan of reorganization for a short-haul trucking company operating out of the ports of Los Angeles and Long Beach; Coast Bridge Logistics, Inc. representing another short-haul trucking company in connection with the sale of its assets; Consolidated Freightways and its affiliates, in which Mr. Neale represented multi-employer pension funds that were the largest creditors and went on to represent the post-confirmation Plan Oversight Committee and serve as special counsel to the Liquidating Trust in certain litigation and appellate matters, and The Penn Traffic Co. and its affiliates, in which Mr. Neale represented certain multi-employer retirement, health and welfare funds); **Health Care** (Solid Landings Behavioral Health and its affiliates, operators of rehab facilities in California, Texas and Nevada); North American Health Care and affiliates (operators of skilled nursing facilities); **Technology and Communication** (WCI Cable, Inc., a fiber optic cable network located in Oregon and Alaska); and **Retail** (successful Chapter 11 cases for Ortho Mattress, Inc., a manufacturer and retailer of bedding products; Britches of Georgetowne, Inc., a clothing retailer with outlets in several states). Mr. Neale has a particular expertise in the **Entertainment Industry**. He has represented clients involved in **publishing** (New Millennium Entertainment, Buzz Magazine); **film exhibition** (Resort Theaters of America); **film production** (Franchise Pictures, LLC and its affiliates); The Samuel Goldwyn Company in connection with its acquisition of Heritage Entertainment); **music** (Even St. Productions, LLC, the owner of rights relating to the catalogue of Sly & the Family Stone) and **artists** (Gladys Knight, Mick Fleetwood, Lynn Redgrave, among others). He has also successfully represented numerous individual Chapter 11 debtors with respect to personal real estate holdings and liabilities and other financial difficulties. Mr. Neale has also represented numerous purchasers, equity interest holders, creditors and official committees in many Chapter 11 cases around the country. This is a small sample of the cases he has handled over his almost 30-year legal career.

Mr. Neale is both an experienced and aggressive litigator whose cases have resulted in over a dozen notable published opinions by the Bankruptcy Court, District Court and Ninth Circuit Court of Appeals. He also brings his negotiating skills to bear as a member of the Mediation Panel for the Bankruptcy Court for the Central District of California. He is a member of the American Bar Association, Association of the Bar of the City of New York, New York County Bar Association, Century City Bar

**DAVID L. NEALE**  ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**DAVID L. NEALE**
**PROFESSIONAL RÉSUMÉ**
continued from page 2



Association, Beverly Hills Bar Association, Financial Lawyers Conference, Turnaround Management Association, and the Commercial Law League of America. He has served on the Board of Directors of the AIDS Project Los Angeles and the Los Angeles division of the American Friends of Hebrew University.

Mr. Neale received his B.A., *summa cum laude* from Princeton University in 1984 and his J.D. from Columbia University School of Law in 1987. He was admitted to the New York Bar in 1988 and the California Bar in 1989. He was admitted to the Ninth Circuit Court of Appeals in 1989, and was admitted to the United States District Court for the Southern and Eastern Districts of New York in 1988. In 1989, he was admitted to the Central, Eastern, Northern and Southern Districts of California. He has also practiced extensively in courts around the country, in venues as diverse as Oregon, Arizona, Nevada, Texas, Arkansas, Utah, Florida, New York, Delaware and Tennessee.

**Mr. Neale is the author of:**

- "Bankruptcy and Contractual Relations in the Entertainment Industry – An Overview," *1990 Entertainment, Publishing and the Arts Handbook*
- "A Survey of Recent Bankruptcy Decisions Impacting upon the Entertainment Industry," *1992–1993 Entertainment, Publishing and the Arts Handbook*
- "SEC Actions and Stays," *National Law Journal,* 2002
- "The Scope and Application of 11 U.S.C. § 1145," American Bankruptcy Institute Bankruptcy Battleground West, 2003
- "Whose Life is it Anyway? Treatment of Unique Assets in Bankruptcy," American Bankruptcy Institute Winter Leadership Conference, 2016

He was featured as a "Mover & Shaker" by *The Deal* magazine in 2006, and has been interviewed several times by, among others, KNX news radio in Los Angeles, *Variety* magazine, *The Hollywood Reporter,* and the *California Real Estate Journal* on bankruptcy topics.

**Mr. Neale has appeared as a speaker on the following topics before the following organizations:**

- "Making the Best Better: Lessons From the Battlefield," Turnaround Management Association 6th Annual Spring Meeting, 1998

**DAVID L. NEALE**  ATTORNEY AT LAW                    2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320        MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**DAVID L. NEALE**

**PROFESSIONAL RÉSUMÉ**

continued from page 3

- "Litigation Issues in Bankruptcy," Business Torts – An Introduction and Primer, Consumer Attorneys Association of Los Angeles, 1998
- "There Must Be Fifty Ways to Leave Your Troubles," Turnaround Management Association, 1998
- "The Impact of State Court Decisions in Bankruptcy Court," Beverly Hills Bar Association, 2001

**Mr. Neale has appeared as a panelist, addressing issues relating to:**

- "Bankruptcy in the Dot-Com Economy" and "Licensing Agreements: How to Draft and Enforce Them" for Law.Com Seminars
- "Public Company Debtors and the SEC," American Bankruptcy Institute Bankruptcy Battleground West, 2003; "The 2005 Amendments to Bankruptcy Code Sections 546(c) and 547 – The Early Returns," Financial Lawyers Conference, 2008
- "Transfers of Intellectual Property," Southwestern Law School, Bankruptcy in the New Millennium, 2010
- "Practicing in the Limelight: Celebrity Bankruptcies," American Bankruptcy Institute Winter Leadership Conference, 2016
- "Shark Tank," American Bankruptcy Institute Bankruptcy Battleground West, 2018

Mr. Neale has consistently been named by *Los Angeles* magazine as one of its 100 "Super Lawyers" in the bankruptcy field, and has been recognized by Chambers & Partners as one of the top practitioners within the bankruptcy/restructuring field in California.

**DAVID L. NEALE**  ATTORNEY AT LAW
EMAIL: DLN@LNBYG.COM  DIRECT: 310.229.3320

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**RON BENDER**
rb@lnbyg.com

**RON BENDER** is a founding and co-managing partner of the firm. With a large and diverse practice, Mr. Bender has successfully reorganized and sold numerous companies and restructured the financial affairs of many individuals. Mr. Bender is widely regarded as a highly creative, results oriented bankruptcy attorney who is able to tackle complex problems and develop and implement creative solutions. Mr. Bender has repeatedly been listed by "Super Lawyers" as one of the top 100 lawyers in Southern California in regional surveys of his peers. Mr. Bender received his undergraduate degree in Finance from the prestigious Wharton School of Business at the University of Pennsylvania in 1986 where he graduated first in his class (B.S., *summa cum laude*), and then obtained his law degree from Stanford University Law School in 1989. During law school, Mr. Bender served as a judicial extern for the Honorable Lloyd King, U.S. Bankruptcy Court, Northern District of California Bankruptcy Court. Since graduating from law school, Mr. Bender has worked solely in the areas of bankruptcy, insolvency and business reorganization, and has developed one of the largest bankruptcy, insolvency and restructuring practices in California, including the representation of debtors, creditors' committees, creditors, purchasers of businesses, and assignees in the context of assignments for the benefit of creditors. Mr. Bender's incredibly broad and diverse Chapter 11 and insolvency debtor experience includes the representation of hundreds of Chapter 11 debtors including Zacky and Sons Poultry (a large grower, processor, packager and seller of chicken and turkey related products that was sold for approximately $40 million); West Coast Distribution (a premier technology driven supply chain management, logistics warehousing, fulfillment and 3PL distribution services provider for the apparel industry that was sold); Tatung Company of America (a manufacturer and distributor of consumer electronics with over $20 million assets that successfully reorganized); NAI Capital (well-known commercial real estate brokerage firm that was successfully sold); Ironclad Performance Wear (a leading, technology-focused developer and manufacturer of high-performance task-specific gloves and apparel for the "industrial athlete" that was sold for $25.25 million); Rdio (a digital music service provider that was sold to Pandora for $75 million); Country Villa (one of the largest owners and operators of skilled nursing facilities with annual revenue of more than $200 million that was sold for $62 million); Pebble ABC in a sale to Fitbit for $20 million; Jawbone ABC in a sale of its Audio/Jambox line; Gamma Medica (a manufacturer of imaging systems in the biotechnology field that was sold); Matterhorn Group (a large manufacturer of novelty

continued. . .

**RON BENDER**  ATTORNEY AT LAW          2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
EMAIL: RB@LNBYG.COM  DIRECT: 310.229.3330     MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**

LNBY&G

continued from page 1

ice cream products that was sold); Fat Burger (a well-known chain of hamburger restaurants that were sold); Westcliff Medical Laboratories (an owner and operator of 170 patient service center laboratories and labs throughout California with $95 million of annual revenue and 1,000 employees that was sold for $57.5 million); LifeMasters Supported Selfcare (a national disease management company with annual revenue of $80 million that was sold); Bodies in Motion (a chain of fitness facilities that was sold for approximately $10 million); Max Equipment Rental (an equipment rental company that successfully reorganized); Nelson & Associates (a manufacturers' representative in the electrical industry that successfully restructured its debt); Douglas Furniture (a large furniture manufacturer); Padilla Construction (a plastering company that successfully reorganized); Lamas Beauty (a manufacturer of beauty supply products that was sold); Paramount Scaffolding (a large scaffolding rental company that was sold); Alin Party Supply (a retail chain of party supplies that successfully reorganized); Lake San Marcos Resort & Country Club; Krystal Air (an aircraft leasing company that was sold); Pacific High Reach (a large construction equipment rental company that was sold for $17 million); Krystal Koach (a large manufacturer of limousines and shuttle buses that was sold); Small World Toys (a toy company that was sold for approximately $16 million); Intervisual (a children's book company that was sold for approximately $10 million); LightPointe Communications (a manufacturer of wireless networking equipment that successfully reorganized); Nicola (a large olive importer and distributor that successfully reorganized); Krispy Kreme (an owner and operator of Krispy Kreme Doughnut Stores that successfully reorganized); Pleasant Care (an owner and operator of skilled nursing facilities with annual revenue of approximately $200 million that was sold for approximately $17 million); Aura Systems (a publicly-traded manufacturer of a mobile power generator that successfully reorganized); Sega GameWorks (a retail entertainment based company operating under the name of "GameWorks," with $60 million of annual revenue, that was sold for approximately $8 million); Alliant Protection Services (a commercial and residential alarm services company with 16,000 customers that was sold for $14.5 million); The Walking Company (a national chain of 101 retail stores selling specialty shoes and footwear that successfully reorganized involving $22 million of cash, debt and stock); Shoe Pavilion (a chain of 117 retail stores selling off-price footwear with locations in the Western and Southwestern United States that was sold); Gadzoox Networks (a publicly-traded

**RON BENDER**  ATTORNEY AT LAW          2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
EMAIL: RB@LNBYG.COM  DIRECT: 310.229.3330          MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**RON BENDER**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

**LNBY&G**

company engaged in the business of providing networking infrastructure for storage and data management, where one division was sold for $8.5 million and the balance of the company successfully reorganized); State Line Hotel, State Line Casino, Jim's Enterprises (two hotels and casinos located in West Wendover, Nevada known as the State Line Hotel and Casino and the Silver Smith Hotel and Casino that were sold for $55 million); Management Action Programs (a management consulting firm that successfully reorganized); Easyrider and Paisano Publications (publicly-traded publishers of thirteen national magazines that were sold for $12.3 million); Clifford Electronics (a manufacturer of automotive aftermarket and original equipment manufacturer security systems and components, primarily for automobiles, with annual sales of $40 million, that was sold for $20 million); Chorus Line Corporation and California Fashions Industries (one of the largest apparel companies in the country with annual sales of $500 million that engaged in a Chapter 11 liquidation); Avus (a distributor of computer systems with sales of in excess of $100 million, that was sold); A.J. Markets (chain of supermarkets sold for $5 million); Trancas Town (owner of 35 acres of raw developable land in Malibu, California that successfully reorganized); Association of Volleyball Professionals (professional beach volleyball league sold in Chapter 11); Louise's Trattoria (chain of 16 Italian food restaurants with $30 million in annual revenue sold in Chapter 11 for $7 million); Westward Ho Markets (a supermarket chain with $50 million of annual revenue and $20 million of debt that was restructured through a confirmed Chapter 11 reorganization plan); Special Effects Unlimited (one of the largest providers of special effects in the movie industry that was restructured through a confirmed Chapter 11 reorganization plan); Santa Barbara Aerospace (a heavy aircraft maintenance facility located at the former Norton Air Force base in San Bernardino, California, that was restructured and sold); Manchester Center (a 1.5 million square foot shopping center in Fresno, California that was sold for $25 million); Marbella Golf and Country Club (a golf and country club located in San Juan Capistrano that successfully reorganized); Southwest Hospital (an acute care hospital located in Riverside that successfully reorganized); Servall Packaging Industries (a contract packaging company that was sold); Polaris Networks (a telecommunications networks and software company that successfully reorganized); and Prestige Products (a distributor of aftermarket automobile accessories that was sold). A sampling of Mr. Bender's representation of creditors' committees includes the representation of the creditors' committee in the Chapter 11

**RON BENDER**  ATTORNEY AT LAW
EMAIL: RB@LNBYG.COM  DIRECT: 310.229.3330

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  LNBYG.COM

**RON BENDER**

**PROFESSIONAL RÉSUMÉ**

continued from page 3

LNBY&G

bankruptcy case of Trigem America (a wholly-owned subsidiary of one of the largest computer manufacturers in the world located in Korea whose case is currently pending) and Robinson Golf Holdings (the owner of a large golf resort development project). Mr. Bender has also represented numerous real estate related debtors in chapter 11 that have resulted in successful sales or reorganizations. Mr. Bender is also one of California's leading lawyers in the arena of assignments for the benefit of creditors (ABC's), having represented assignees and buyers in more than one hundred assignments.

pg 4 of  4

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TIMOTHY YOO,** a partner of the firm, specializes in commercial litigation and bankruptcy. Known throughout the region as a bankruptcy attorney who resolves difficult issues with creativity and efficiency, he consistently earns the highest rating in peer surveys, including being repeatedly listed as a "Super Lawyer."

Mr. Yoo received his undergraduate degree in business from University of Southern California with honors in 1987. He then obtained his law degree from Loyola Law School with full merit scholarship in 1991. Mr. Yoo completed a one-year clerkship with the Honorable Lisa Hill Fenning, United States Bankruptcy Judge for the Central District of California. In March, 1998, he was appointed to the Panel of Chapter 7 Bankruptcy Trustees for the Central District of California. Besides serving as a Chapter 7 Trustee, Mr. Yoo also serves in numerous cases as a Chapter 11 Trustee, Bankruptcy Ombudsman, Liquidating Trustee, and Chief Restructuring Officer.

Mr. Yoo's wide range of experience includes Taeil Media (represented a multinational Korean corporation in one of the largest Orange County fraud cases); Destination Films (acted as Chapter 7 trustee to liquidate a large film library); Winston Tires (represented the Chapter 7 Trustee); Millennium-Pacific Icon Group (acted as Chapter 11 Trustee of one of the largest Korean American real estate developer); Daewoo Motors (defended creditors in preference actions); Bodies in Motion (acted as the first Consumer Privacy Ombudsman in the Central District of California to advise the court on a sale of a chain of fitness facilities); Small World Toys (represented the creditors' committee); Chorus Line Corporation and California Fashions Industries (acted as a liquidating trustee for one of the largest apparel companies in the country); IT Wheels (successfully defended a Chapter 7 Trustee in a Chapter 15 proceeding); Aoki Pacific Corporation (as Chapter 7 Trustee, completed public works projects); Dick Cepek, Inc. (acted as Chapter 7 Trustee to liquidate a chain of off-road vehicle parts stores); and Phoenix MC, Inc. (acted as the Chief Restructuring Officer for a hybrid automobile manufacturer).

Mr. Yoo has lectured as a panelist in programs sponsored by Lorman Education Services, Office of the United Trustee and the National Asian Pacific American Bar Association. He also frequently writes for the *Korea Times* and California Continuing Education of the Bar.



**TIMOTHY J. YOO**
tjy@lnbyg.com



LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES

LNBY&B

## Professional Resume

**MARTIN J. BRILL.** Mr. Brill has devoted his over 35 years of practice exclusively to bankruptcy, insolvency and business reorganizations, with particular emphasis on complex reorganizations of publicly-held companies in a wide range of industries. Mr. Brill's expertise in the interplay between bankruptcy and securities laws has led to the successful reorganization of numerous publicly-held corporations and privately-held corporations desiring to go public, including Prism Entertainment Corporation (involving a reverse merger of the publicly-held film producer, Prism, with a privately-owned video retailer), Geo Petroleum, Inc., (successful Chapter 11 of publicly-held oil and gas company), Video City, Inc., (successful Chapter 11 for video retailer with over 75 locations involving issuance of securities for debt), and American Blood Institute, Inc. (successfully raised over $1.2 million through complex debtor financing, allowing company to emerge as publicly-held plasma company, SeraCare, Inc.). Mr. Brill also has represented debtors, creditors, trustees, plan proponents, asset purchasers and creditors committees in a wide variety of diverse chapter 11 reorganization cases. For example, Mr. Brill was lead counsel in representing the chapter 11 debtor in Gateway Computer Systems (a multi-store retailer of computers and related equipment), the chapter 11 debtor in Primedex Health Systems, Inc. (successful pre-packaged plan confirmed in less than 45 days for diagnostic imaging company), 360 Global Wine Company and 360 Viansa, LLC (publicly held holding company and its operating wholly-owned subsidiary in the winery business in Sonoma, California), Agua Dulce Vineyards, LLC (operating vineyard and winery in Los Angeles County), Copper King Mining Corporation and Western Utah Mining Company (public holding company and its wholly-owned operating subsidiary in the copper mining business), as well as the chapter 11 debtors in the hospital reorganization cases for Chino Valley Medical Center, Canyon Ridge Hospital, Lincoln Hospital Medical Center and the official creditors committees in Fields Aircraft Spares, Inc. (aircraft parts distributor), New Star Media, Inc. (publishing company), Henry Mayo Newhall Memorial Hospital (hospital), Daewoo Motor America, Inc. (Daewoo automobile distributor in the U.S.), Intercare Health Systems, Inc., Vista Hospital Systems, Inc. and Downey Regional Medical Center (hospitals), Ronco Corporation and Ronco Marketing Corporation (consumer products and marketing), and T-Asset



## Martin J. Brill
mjb@lnbyb.com

continued...                                     pg 1 of 2

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067   ■   TEL: 310.229.1234   FAX: 310.229.1244   WWW.LNBYB.COM

LEVENE, NEALE, BENDER, YOO & BRILL  L.L.P.
LAW OFFICES



# Martin J. Brill
## Professional Resume
continued from page 1

<u>Acquisition Corporation</u> and its related entities (the owner of the *Terminator* film franchise). In addition, Mr. Brill has also handled numerous out-of-court workouts and restructurings, including the successful out-of-court debt restructuring for Carolco Pictures, Inc. Mr. Brill was admitted to the California Bar in 1972. His educational background is as follows: University of California at Los Angeles (B.A., *cum laude*, 1969; J.D., 1972). Associate Editor U.C.L.A. Law Review, 1971-1972. Co-Author: "Collective Bargaining and Politics in Public Employment," 19 U.C.L.A. Law Review 887, 1972. He is a member of the State Bar of California and a member of the Beverly Hills, Century City, Los Angeles County (Member, Sections on: Commercial Law; Bankruptcy) and American Bar Associations. He is currently serving on the Executive Committee of the Bankruptcy Section of the Beverly Hills Bar Association (Chairman from 2002-2003) and served on the Board of Directors of the Los Angeles Bankruptcy Forum. He is a member of the Financial Lawyers Conference and has lectured to various trade groups and bar associations on bankruptcy and related topics.

10250 CONSTELLATION BLVD., STE 1700, LOS ANGELES, CA 90067 ■ TEL: 310.229.1234  FAX: 310.229.1244  WWW.LNBYB.COM

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**DAVID B. GOLUBCHIK**, born Kiev, Ukraine, January 10, 1971; admitted to bar 1996, California. Education: University of California, Los Angeles (B.A. 1992), Pepperdine University School of Law (J.D., 1996). Vice Chairman, Moot Court Board; Vice Magistrate, Phi Delta Phi International Legal Fraternity; American Jurisprudence Award in Business Reorganization in Bankruptcy. In addition to the State Bar of California, admitted to the U.S. District Court, Central, Southern, Eastern and Northern Districts of California. Law Clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Court, Central District of California (1996–1997). Member, American, California and Los Angeles Bar Associations, American Bankruptcy Institute (Board of Advisors), Financial Lawyers Conference, Los Angeles Bankruptcy Forum and Beverly Hills Bar Association (Executive Committee). Practice emphasizes bankruptcy, corporate insolvency and creditors' rights. Language: Russian.



**DAVID B. GOLUBCHIK**
dbg@lnbyg.com

**Articles written by David Golubchik include:**

- "Representing Closely Held Corporations in Bankruptcy: The Ethical Dilemma," Commercial Lawyers' Association Conference, November 1999

- "Bankruptcy Law – A Debtor's Press Release," *National Law Journal,* May 29, 2000

- "Taking a Piece of the Action in Bankruptcy," Bay Area Bankruptcy Forum Conference, June 6, 2000

- "Bankruptcy Law – Unwinding Settlements," *National Law Journal,* October 23, 2000

- "Bankruptcy Law – Involuntary Proceedings," *National Law Journal,* February 2, 2004

- "The Rights Of A Lessee In A Lessor's Bankruptcy: Section 365(h) Of The Bankruptcy Code," Los Angeles County Bar Association, Real Estate Subsection, March 25, 2004

- "Defending Nondischargeability Actions in Bankruptcy," Public Counsel, 2002–2004

- "Outlooks and Strategies For Distressed Commercial Real Estate Loans," Grubb and Ellis presentation, May 14, 2009

- "Chapter 11 Focus: Small Business and Single Asset Real Estate Cases," Los Angeles County Bar Association, Commercial Law and Bankruptcy Subsection, January 27, 2010

**DAVID B. GOLUBCHIK**  ATTORNEY AT LAW
EMAIL: DBG@LNBYG.COM  DIRECT: 310.229.3393

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**GARY E. KLAUSNER**
GEK@LNBYG.COM

### EDUCATION

University of Maryland (B.A., 1971)
University of Maryland School of Law (J.D., with Honors, 1974)

### BAR ADMISSIONS

Maryland, 1974, California, 1976
U.S. District Court, 1976
U.S. Court of Appeals for the Ninth Circuit, 1978
U.S. Supreme Court, 1980

**GARY E. KLAUSNER** joined LNBYG as a senior partner in May 2014, from a senior shareholder position at Stutman, Treister & Glatt P.C. Mr. Klausner has exclusively practiced in the field of corporate restructuring and bankruptcy since 1976.

Mr. Klausner represents Chapter 11 debtors, secured and unsecured creditors, creditors' committees, trustees and receivers, licensors and franchisors, purchasers of assets out of bankruptcy cases and parties involved in litigation and appeals in connection with bankruptcy cases. He has handled cases involving a broad range of businesses and industries including manufacturing, retail, real estate development, hospitality and restaurants, aerospace, entertainment, healthcare, financial institutions, and transportation.

Mr. Klausner also has expertise in Chapter 9 of the Bankruptcy Code, which is designed for the reorganization of municipalities. Mr. Klausner was the lead lawyer in the Chapter 9 case of Valley Health System in which he successfully confirmed a Chapter 9 Plan of Adjustment.

Mr. Klausner's significant engagements as debtor's counsel include: Meruelo Maddux Properties, Inc. (Special Reorganization Counsel); Imperial Capital Bancorp, Inc.; Colorep, Inc., International Union of Operating Engineers, Local 501, Mr. Gasket Co.; Prism Entertainment Corporation; Packaging Corporation of America; Super Shops, Inc.; Cannon Pictures; Maguire Thomas Partners, Fifth & Grand, Ltd.; ABC International Traders, Inc.; Maxicare and Watts Health Foundation, Inc., dba UHP Healthcare.

### Honors and Recognitions

Fellow, American College of Bankruptcy, 2010

Century City Bar Association: Bankruptcy Lawyer of the Year, 2012

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–12

Selected, Southern California's Best Lawyers in America, 2011–12

### Publications/Press

"Section 1111(b) '' Look Before You Leap," 2 *Bankruptcy Study Group Journal* 15 (1986)

"Chapter 11 'The Bank of Last Resort,'" *The Business Lawyer,* November, 1989; Vol. 45, No. 1

"The New Bankruptcy Rules," 4 *Bankruptcy Study Group Journal* 64 (1987).

continued. . .

**GARY E. KLAUSNER**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

LNBY&G

Mr. Klausner has represented creditors' committees in cases such as Rhythm & Hues, Inc., Nasty Gal, Inc., Consolidated Freightways, New Meatco, Westward Ho Markets, Naki Electronics, Prime Matrix, The Movie Group, American Restaurant Group ("Black Angus"), and Solidus Networks, Inc.

Mr. Klausner has also represented principals involved in significant chapter 11 cases, such as Relativity Media Inc., The Weinstein Company, EZ Lube; Rachel Ashwell Design, Inc. ("Shabby Chic"); and Comic Book Movies LLC.

In addition to client matters, Mr. Klausner has been actively involved and has held prominent positions in local and national professional organizations and bar associations. Mr. Klausner is a member of the Board of Governors of the Financial Lawyers Conference and served as its president from 1993 through 1994. He is a board member of the Los Angeles Bankruptcy Forum (serving as its president in 2003–2004), a member of the American Bar Association, Section on Business Law, where he chaired a task force on The Economics of Chapter 11 Practice, chaired the Subcommittee on Bankruptcy Fraud, Crimes and Abuse of the Bankruptcy Process, and chaired the Chapter 9 and Chapter 11 Subcommittees. He is a member of the Los Angeles County Bar Association, where he has served as a member of the Executive Committee of the Commercial Law and Bankruptcy Section as well as being Vice-Chair of the Section's Bankruptcy Committee.

In 2010, Mr. Klausner was elected as a Fellow of the American College of Bankruptcy, and in 2012, Mr. Klausner was recognized as "Bankruptcy Lawyer of the Year" by the Century City Bar Association.

Mr. Klausner has also served as a Lawyer Representative to The Ninth Circuit Judicial Conference and chaired the United States District Court Standing Committee On Attorney Discipline.

Mr. Klausner speaks frequently on subjects involving bankruptcy and commercial law and has published numerous articles on bankruptcy-related topics.

### Speaking Engagements

Panelist, "Bank Holding Company Bankruptcies," ABI Battleground West, 2012

Panelist, "Municipal Bankruptcies," ABI Battleground West, 2011

Panelist, "Municipal Bankruptcies," ABA Fall Meeting Business Law Section, 2010

### KEY REPRESENTATIONS
### Debtor Representations

Colorep, Inc.

International Union of Operating Engineers, Local 501

St. Tropez Capital, Inc.

Mr. Gasket Co.

Prism Entertainment Corporation

Packaging Corporation of America

Super Shops, Inc.

Maguire Thomas Partners, Fifth & Grand, Ltd.

ABC International Traders, Inc.

Maxicare, HMO

Watts Health Foundation, Inc., dba UHP Healthcare, HMO

Valley Health System, Healthcare District

Imperial Capital Bancorp, Inc.

Mereulo Maddux Properties, Inc

continued. . .

**GARY E. KLAUSNER**
**PROFESSIONAL RÉSUMÉ**
continued from page 2

LNBY&G

He is a member of the bar of the states of California and Maryland, and is admitted to practice before the United States Supreme Court, the United States Courts of Appeals for the Ninth Circuit, and the United States District and Bankruptcy Courts for the Central District of California.

Mr. Klausner received his J.D., with honors, from the University of Maryland School of Law in 1974, where he served on the editorial staff of the University of Maryland Law Review from 1972–73. He received his B.A. from the University of Maryland in 1971.

## PROFESSIONAL AFFILIATIONS

Financial Lawyers Conference (President, 1993–1994; Member of the Board of Governors)

Los Angeles Bankruptcy Forum (President in 2003–2004) Ninth Circuit Judicial Conference (2007–2009)

United States District Court, Central District, Standing Committee on Attorney Discipline, Chair 2011–2013

American Bar Association Section on Business Law, Chair of the Subcommittee on Bankruptcy Crimes, Fraud and Abuse, 2005

Chair of the Subcommittee on Chapter 9, 2011–2016; Chair of Chapter 11 Subcommittee, 2017–2020

## HONORS AND RECOGNITIONS

Fellow of the American College of Bankruptcy Century City Bankruptcy Lawyer of the Year, 2010

Selected, Super Lawyers (Bankruptcy & Creditor/Debtor Rights) 2004–16 Selected, Southern California's Best Lawyers in America, 2011–12

## KEY REPRESENTATIONS
### Committee Representations

Rhythm & Hues

Nasty Gal

New Meatco

Consolidated Freightway

Westward Ho Markets

Naki Electronics

Prime Matrix Stan Lee Media

American Restaurant Group, Inc

### Significant Creditor/Party In Interest Representations

The Weinstein Company

Relativity Media

Cannon Pictures, Inc.

Georgia Pacific Corporation

Cal Worthington

Columbia Tristar

Fox Family Worldwide

MCI Telecommunications Corporation

Paramount Pictures

Saban Entertainment

Sony Pictures, Inc.

The Walt Disney Company

Victor Valley Community Hospital

Rachel Ashwell Design, Inc

EZ Lube, Inc

Gardens Regional Hospital

**GARY E. KLAUSNER**  ATTORNEY AT LAW
EMAIL: GEK@LNBYG.COM  DIRECT: 310.229.3360

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**LNBY&G**

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**EDWARD M. WOLKOWITZ** has focused on the areas of insolvency and commercial law during more than 40 years of practice. He has represented debtors, creditors, trustees, receivers and creditors' committees in a wide variety of cases. He also serves as a chapter 11 and chapter 7 panel trustee in the Central District of California and as a receiver for the Los Angeles Superior Court. He has extensive experience in representing various interests in complex reorganization cases in a number of different and diverse industries and has also operated a number of businesses as a trustee and receiver. He is also AV rated by Martindale-Hubbell.

He has been involved in a number of cases that have made new law or clarified existing law in the Ninth Circuit, including: Wolkowitz v. FDIC, 527 F. 3d 959 (9th Cir. 2008); Wolkowitz v. Beverly, 551 F. 3d 1092 (9th Cir. 2008); In re Sylmar Plaza, LP, 314 F.3d 1070 (9th Cir. 2002); Wolkowitz v. American Research Corporation, 131 F.3d 788 (9th Cir. 1999); In re Moses, 167 F.3d 470 (9th Cir. 1 999); Wolkowitz v. Shearson Lehman Bros., 136 F.3d 655, cert. denied, 525 U.S. 826 (1998); In re Cheng, 943 F.2d 1114 (9th Cir. 1991); In re Qintex Entertainment, 950 F.2d 1492 (9th Cir. 1991); In re WLB  RSK Venture, 296 B.R. 509 (Bankr. C.D. Cal. 2003).

Mr. Wolkowitz was on the faculty of Southwestern University Law School from 1978 to 1994, rejoining the faculty in 2001, teaching courses in bankruptcy, commercial transactions and business reorganization. He has also lectured extensively for the California Continuing Education of the Bar, and as a panelist in programs sponsored by the American Bankruptcy Institute, the Los Angeles Bankruptcy Forum, and the Beverly Hills Bar Association. Between 1994 and 2002, he served as a member of the City Council of Culver City, California, including two one-year terms as Mayor of Culver City.

Mr. Wolkowitz was admitted to the California Bar in 1976. His educational background is as follows: California State University, Northridge (B.A., 1971); Southwestern University Law School (J.D., *cum laude,* 1975); The University of Michigan Law School (LL.M., 1976).



**EDWARD M. WOLKOWITZ**

emw@lnbyg.com

continued. . .                                              pg 1 of 2

**EDWARD M. WOLKOWITZ**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

**LNBY&G**

**His publications include:**

- "Debtors Have New Weapons Against Involuntary Bankruptcy," *Journal of Corporate Renewal* 12 (December 2007)
- "Bankruptcy and Family Law: A Marriage of Irreconcilable Differences", 24 *B.H. Bar J.* 83 (1990)
- "Insolvency and Bankruptcy," (Chapter 7) *California Family Law Service, Bancroft-Whitney* (1986)
- "Legislative Analysis—Land Use Proposals," 8 *Southwestern University Law Review* 216 (1976)
- "Land Use Controls: Is there a Place For Everything," 6 *Sw.U.L.Rev.* 607 (1974)

He is a member of the State Bar of California, the American Bar Association, Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the Financial Lawyers Conference and the National Association of Bankruptcy Trustees. He has served as President and Vice President of the Los Angeles Bankruptcy Forum; the Editorial Board of the California Bankruptcy Journal; and, the Executive Committee of the Board of Governors of the Financial Lawyers Conference.

**EDWARD M. WOLKOWITZ**  ATTORNEY AT LAW
EMAIL: EMW@LNBYG.COM  DIRECT: 310.229.3364

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**BETH ANN R. YOUNG**, born Santa Monica, California, June 30, 1964; Admitted to California State Bar, December, 1989; **Admitted** to the United States District Court, Central, Eastern, Northern and Southern Districts of California and the United States Court of Appeals for the Ninth Circuit.

**Education:** University of California at Los Angeles (B.A., 1986); Loyola Law School (J.D., 1989).

**Member:** California Bar Association, American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Financial Lawyers' Conference and Los Angeles Bankruptcy Forum.

**Bankruptcy Court Panel Mediator:** United States Bankruptcy Court, Central District of California, January 2014 through the present; Certificated Completion of Mediation Training Program: Straus Institute for Dispute Resolution, Pepperdine School of Law, January 2014.

**Reported Decisions:** <u>San Paolo U.S. Holding Company v. 816 South Figueroa Company</u> (1998) 62 Cal. App. 4th 1010, 1026; and <u>Ziello v. First Federal Bank</u> (1995) 36 Cal. App. 4th 321, 42 Cal. Rptr. 2d 251.



**BETH ANN R. YOUNG**
bry@lnbyg.com

**BETH ANN R. YOUNG** ATTORNEY AT LAW
EMAIL: BRY@LNBYG.COM  DIRECT: 310.229.3352

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**MONICA YOUNG KIM** was admitted to the California Bar in 1995, after graduating from the University of California at Berkeley (B.A., 1991) and Hastings College of the Law (J.D., 1995). She was a Law Clerk to the Honorable Jane Dickson McKeag, U.S. Bankruptcy Judge, Eastern District of California, 1995–96. Ms. Kim has worked solely in the areas of bankruptcy, insolvency and business reorganization, and commercial and real estate transactions, representing debtors, creditors' committees, creditors, sellers, and purchasers. She joined Levene, Neale, Bender, Yoo & Golubchik L.L.P. in 1996, and became a partner in 2004.

Ms. Kim is also involved in out-of-court restructuring transactions, including assignments for creditors, representing sellers/assignors, assignees and buyers. Her experience has included representation in retail, healthcare, entertainment, manufacturing, real estate, service and technology. Ms. Kim is a member of the American Bar Association, Los Angeles County Bar Association, Century City Bar Association, Women Lawyers Association of Los Angeles, and the Korean American Bar Association, and is admitted to the Central, Eastern, Northern and Southern Districts of California.



**MONICA Y. KIM**
myk@lnbyg.com

**MONICA Y. KIM**  ATTORNEY AT LAW
EMAIL: MYK@LNBYG.COM  DIRECT: 310.229.3397

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**



## PROFESSIONAL RÉSUMÉ

**PHILIP A. GASTEIER'S** more than 40 years of practice has included a broad range of bankruptcy and insolvency representation, including Chapter 11 debtors, trustees in Chapter 7 and Chapter 11 cases, creditors, committees, buyers, landlords and parties to executory contracts, with particular emphasis on complex reorganizations and structuring transactions.



**PHILIP A. GASTEIER**

pag@lnbyg.com

In his first decade of practice in Philadelphia, Mr. Gasteier successfully represented landlords and purchasers of leasehold interests in large cases such as Food Fair and Lionel, and participated in preparation of materials for presentation to Congress in connection with hearings leading to the Shopping Center Amendments to the Bankruptcy Code in 1984. He counseled extensively in connection with insolvency and bankruptcy aspects of commercial leases for shopping centers and retail chains, and authored "Shopping Centers As Utilities Under the Bankruptcy Code," *Shopping Center Legal Update,* Summer, 1983. Mr. Gasteier also provided insolvency counseling in connection with bond and other securities transactions. Mr. Gasteier was involved in representation of creditor or equity committees in matters including Franklin Computer, Manson-Billard Industries and Monroe Well Service, Inc. Debtor representation included Motor Freight Express, a multi-state motor carrier, and Dublin Properties.

Mr. Gasteier's practice in Los Angeles has included entertainment and other intellectual property matters, such as Fries Entertainment, Inc., Qintex Entertainment, Inc., and Hal Roach Studios, Inc. where he was primarily responsible for structuring and confirming chapter 11 plans, as well as representation of Carolco Pictures, Inc. and Paramount Studios. He has provided specialized insolvency counseling and litigation support in connection with numerous transactions, licenses and other entertainment contracts. Mr. Gasteier argued In re: Qintex Entertainment, Inc., 950 F.2d 1492 (9th Cir. 1991) to the Ninth Circuit U.S. Court of Appeals, a principal case establishing the executory contract analysis applicable to copyright licenses, and determining that participation rights constitute unsecured claims. Other debtor representation has included Currie Technologies Inc.; Wavien, Inc; Ocean Trails L.P.; Superior Fast Freight, Inc.; and B.U.M. International, Inc. Mr. Gasteier has been involved in creditor committee representation in cases such as House of Fabrics, California Pacific Funding, Ltd., Condor Systems, Inc. and Chase Technologies, Inc.

continued. . .

## PHILIP A. GASTEIER

**PROFESSIONAL RÉSUMÉ**

continued from page 1

Mr. Gasteier is a graduate of the Law School of the University of Pennsylvania (J.D. 1977) and the Ohio State University (B.A. 1974). He was admitted to the Pennsylvania Bar in 1977 and to the California Bar in 1987. He is also a member of the bar of the United States District Court, Central, Eastern and Northern Districts of California; the U.S. District Court, Eastern District Court of Pennsylvania, and the Ninth and Third Circuit Courts of Appeals. He is a member of the American Bankruptcy Institute, the American Bar Association, the State Bar of California, the Century City Bar Association, the Financial Lawyers Conference and the Los Angeles County Bar Association, where he served as a member of the Bankruptcy Sub-Committee of the Section on Commercial Law and Bankruptcy from (1990–1992). He has been active in civic affairs, and is a past President (2008–2009), Vice President (2006–2008) and Board Member (2004–2009) of the Greater Griffith Park Neighborhood Council, an official body of the City of Los Angeles.

**PHILIP A. GASTEIER**  ATTORNEY AT LAW
EMAIL: PAG@LNBYG.COM  DIRECT: 310.229.3329

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

## LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**DANIEL H. REISS**, a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), has specialized in the area of bankruptcy and insolvency for over thirty years. Before entering the legal field, Mr. Reiss started his professional career at KPMG (then Peat, Marwick and Mitchell) and became a Certified Public Accountant specializing in tax structuring in mid-market and entrepreneurial businesses. Mr. Reiss graduated from California State University, Northridge, *summa cum laude,* B.S., Business Administration in 1984. Mr. Reiss's business education and background is of significant importance in dealing with the complex financial issues facing distressed business situations.

Armed with practical business knowledge, Mr. Reiss decided to pursue a career in law and graduated in 1990 from Loyola University Law School where he was a staff writer and notes editor of the *Law Review,* president of Phi Delta Phi legal honor fraternity, and was a member of the St. Thomas More Honor Society.



**DANIEL H. REISS**
dhr@lnbyg.com

Mr. Reiss joined LNBYG in November 2000. Mr. Reiss is a member of the executive committee of the Bankruptcy Section of the Beverly Hills Bar Association, and is a member of the Los Angeles Bankruptcy Forum, Financial Lawyers Conference and the Los Angeles County Bar Association. Mr. Reiss has been honored as a "Super Lawyer" multiple times since 2006 in a region-wide survey, an honor bestowed on only 5% of Southern California attorneys.

Mr. Reiss's bankruptcy experience extends to cases and distressed situations involving public utilities, healthcare, retail, aviation, hospitality, real estate, bio-tech and general manufacturing. Mr. Reiss regularly represents debtors, creditor committees, secured creditors, bankruptcy trustees and buyers of distressed assets and companies. Mr. Reiss is a frequent speaker before trade and legal groups, and is a nationally published author on bankruptcy issues.

Mr. Reiss is also an experienced bankruptcy litigator, having been lead counsel in more than 100 adversary proceedings in bankruptcy court. When not representing the bankruptcy entity or a trustee, Mr. Reiss has successfully petitioned the Court to confer standing on his clients to file litigation on behalf of the estate. Mr. Reiss also has expertise in removing state court litigation to the bankruptcy court and dealing

continued. . .

**DANIEL H. REISS**  ATTORNEY AT LAW
EMAIL: DHR@LNBYG.COM  DIRECT: 310.229.3338

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

**DANIEL H. REISS**
**PROFESSIONAL RÉSUMÉ**

continued from page 1

LNBY&G

with complex jurisdictional issues. Litigation targets commonly include company directors, officers and other insiders, recipients of avoidable asset transfers, or creditors holding invalid liens or claims.

**Mr. Reiss's published articles include:**

- "Bankruptcy Battlegrounds in Franchising," *Franchise Law Insider,* 3rd Quarter 2005
- "Assignment of Leases," *National Law Journal,* Winter 2006
- "'Travelers Cas.' Part II," *National Law Journal,* Winter 2007.
- "Single-Asset Real Estate," *National Law Journal,* Summer 2008.
- "D&O Moves to the Forefront in Bankruptcy Cases," *National Law Journal,* Summer 2009.
- "Protecting Interests in the Event of Tenant Bankruptcies," *National Law Journal,* Spring 2010.
- "When Cases In Two Bankruptcy Courts Clash," *National Law Journal,*
- Fall 2010
- "Marshall Case Raises Issue Of Consent To Jurisdiction" *National Law Journal,* Summer 2011
- "Bidders At Bankruptcy Auctions, Beware," *National Law Journal,* Summer 2012
- "What's a Class Action Plaintiff To Do?" *National Law Journal,* Summer 2013

**Mr. Reiss's speaking engagements include:**

- "Franchise Issues in Bankruptcy," Spring, 2004, Franchise Business Network.
- "Hostile Takeovers in Bankruptcy Cases," Credit Managers Association.
- "Directors and Officers Litigation in Bankruptcy," Spring, 2008, Turnaround Management Association and Beverly Hills Bar Association.
- "Healthcare Business Bankruptcies," Spring 2009, Los Angeles County Bar Association, Healthcare Law and Commercial Law And Bankruptcy Sections
- "Bankruptcy Battlegrounds in Franchising," Fall, 2009, Southern California Franchise Business Network.
- "Class-Action Claims Against Bankrupt Defendants An Overview," Summer 2013, State Bar of California, San Francisco, California

**DANIEL H. REISS**

**PROFESSIONAL RÉSUMÉ**

continued from page 2

- "TIC TALK - Issues in Tenant in Common Bankruptcy Cases and Related Considerations," Spring 2015, Beverly Hills Bar Association – Bankruptcy Law and Real Estate Law Sections
- Panelist, Wage and Hour and Other Employment Issues Facing Troubled Companies, AIRA 34th Annual Conference, Nashville, Tenn. 2018.

pg 3 of 3

# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TODD A. FREALY**, a partner of the firm, represents Chapter 7 trustees throughout Southern California in all aspects of case administration and litigation. In July 2010, Mr. Frealy was appointed to the panel of Chapter 7 trustees for the Riverside Division of the United States Bankruptcy Court. Mr. Frealy currently serves as a Chapter 11 trustee and Chapter 7 trustee in cases pending in the Central District of California. Mr. Frealy is a graduate of Southwestern University School of Law (J.D. 1998) and the University of California, Los Angeles (B.A. 1995). During law school he was an extern to the Honorable Mitchel R. Goldberg and Honorable Arthur M. Greenwald, U.S. Bankruptcy Judges for the Central District of California. After law school, he clerked for the Honorable David N. Naugle, U.S. Bankruptcy Judge, Central District of California, Riverside Division (1998–2000). Mr. Frealy was a member of the Board of Directors for the Inland Empire Bankruptcy Forum from 2009–2014 and was a member of the Southwestern University School of Law Alumni Board of Directors (September 2006 to June 2009). He is also a member of the Los Angeles County Bar Association and the Los Angeles Bankruptcy Forum. In 2021, Mr. Frealy was recognized as a "Super Lawyer" by *Super Lawyers* magazine. He was admitted to the California Bar in 1998, and is admitted to the Central, Eastern, Northern and Southern Districts of California.



**TODD A. FREALY**
taf@lnbyg.com

**Articles written by Mr. Frealy include:**

- "Dazed and Confused," *California Bankruptcy Court Reporter,* Vol. 4, No. 3, March 2000 (Dischargeability of student loans and the "undue hardship test")
- "Finding the Key," *California Bankruptcy Court Reporter,* Vol. 4, No. 6, June 2000 (How to Set off Mutual Debts in Bankruptcy)

**Mr. Frealy is a frequent speaker on bankruptcy issues, including:**

- Southwestern Law Review's symposium: "Bankruptcy in the New Millennium," February 2010
- Inland Empire Bankruptcy Forum: "Disclosed and Undisclosed Assets In Chapter 7," April 2014
- Inland Empire Bankruptcy Forum: "Hot Topics In Consumer Chapter 7 Proceedings," November 2014
- Inland Empire Bankruptcy Forum: "An Evening With The Trustees," April 2015

continued. . .                                            pg 1 of  2

**TODD A. FREALY**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

- Riverside County Bar Association: "What Every Non-Bankruptcy Lawyer Should Know About Bankruptcy (And Should Be Afraid Not To Ask)," December 2015
- Inland Empire Bankruptcy Forum: "An Evening With The Trustees," March 2016

pg 2 of  2

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**RICKY STEELMAN** is a senior litigator at Levene, Neale, Bender, Yoo & Golubchik L.L.P. Mr. Steelman's client-centered and resolution-driven practice focuses on complex commercial disputes, including litigation connected to bankruptcy, restructuring and insolvency. His extensive business litigation experience includes successful representation of individuals, Fortune 500 companies, hospitals, and emergency physician groups in state and federal courts, private arbitrations, and more than 75 appeals in the various appellate districts of the California Courts of Appeal, as well as the United States Court of Appeals for the Ninth Circuit.



**RICHARD P.
STEELMAN, JR.**
rps@lnbyg.com

Not only an experienced appellate attorney and litigator, Mr. Steelman also has substantial bankruptcy experience in numerous bankruptcy matters and adversary proceedings. Specifically, he played a critical role in obtaining summary judgment (resulting in a published decision in favor of a Fortune 100 financial institution) where the bankruptcy court granted his plaintiff client's request for substantive consolidation. That judgment forced seven non-debtor entities and three non-debtor individuals involved in a multi-million dollar mortgage-relief fraud scheme into the primary debtor-entity's Chapter 7 bankruptcy and under the purview of the bankruptcy court. This resulted in better protections for vulnerable consumers and members of the community, as well as financial institutions and corporations.

In addition to his significant class action defense work in federal court, Mr. Steelman has appeared numerous times in California probate court. He first chaired a probate trial where he successfully challenged the executor's final accounting of a probate estate and the executor's request for extraordinary fees in connection with that estate. That probate decision after a multiple-day trial resulted in greater financial distributions to Mr. Steelman's client, as well as several other non-profit organizations across the country.

Mr. Steelman is very proud to be a two-time Cooke Scholar after being selected for the 2002 Jack Kent Cooke Foundation Undergraduate Scholarship and the 2006 Jack Kent Cooke Foundation Graduate Scholarship – a rare and coveted accomplishment in today's competitive world. He is also honored to have been named a Southern California Super Lawyers "Rising Star" each year since 2013.

continued. . .                                                                 pg 1 of 2

**RICHARD P. STEELMAN, JR.**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

Prior to joining the firm, Mr. Steelman worked more than 8.5 years at Bryan Cave Leighton Paisner LLP as a litigation, appellate, and class action associate. He also worked at Buchalter as special counsel, focusing on complex healthcare litigation relating to provider-payor disputes. Mr. Steelman graduated *magna cum laude* from Pepperdine University with a B.A. in Political Science and a Music Minor in 2003. He graduated *cum laude* from Pepperdine University School of Law in 2009. Mr. Steelman is licensed in all California state and federal courts and the U.S. Court of Appeals for the Ninth Circuit. He is a member of the California Society for Health-care Attorneys, the American Health Lawyers Association, the Los Angeles County Bar Association and its Appellate Courts, Litigation, and Healthcare Law sections.

**RICHARD P. STEELMAN, JR.**  ATTORNEY AT LAW
EMAIL: RPS@LNBYG.COM  DIRECT: 310.229.3339

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**JULIET Y. OH** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. representing individuals and corporations in Chapter 11 bankruptcy cases, out-of-court restructuring proceedings and bankruptcy litigation proceedings. She has been voted a "Rising Star" in a poll of her peers in Southern California each year since 2006.

Ms. Oh has recently represented Chapter 11 debtors <u>Anna's Linens, Inc.</u>, <u>Green Fleet Systems, LLC</u>, <u>Belasco Unlimited Corporation</u>, <u>Apex Digital, Inc.</u>, <u>Roosevelt Lofts, LLC</u>, <u>Central Metal, Inc.</u>, <u>Franchise Pictures LLC, et al.</u>, <u>Fatburger Restaurants</u>, and the <u>Official Committee of Unsecured Creditors of Halcyon Holding Group</u>.

Prior to joining the firm in 2003, Ms. Oh specialized in the representation of individuals in Chapter 7 and Chapter 13 cases and worked as an extern with the Office of the U.S. Trustee, Central District of California. Ms. Oh is a graduate of Stanford University and obtained her law degree from University of California, Los Angeles. She was admitted to the California Bar in 2000, is a member of the Korean American Bar Association, California Bankruptcy Forum and Los Angeles Bankruptcy Forum.

**JULIET Y. OH**
jyo@lnbyg.com

pg 1 of 1

**JULIET Y. OH**  ATTORNEY AT LAW
EMAIL: JYO@LNBYG.COM  DIRECT: 310.229.3348

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**TODD M. ARNOLD** has been with LNBY&G since 2003. Mr. Arnold specializes in corporate and high net worth individual reorganizations and bankruptcy litigation. Mr. Arnold has served as counsel in several major reorganization cases and in hundreds of avoidance actions. Mr. Arnold joined LNBYG after serving as an extern and a law clerk to the Honorable Thomas B. Donovan, United States Bankruptcy Judge. He has been voted a "Rising Star" in a poll of his peers in Southern California each year since 2006. A native of Sacramento, Mr. Arnold graduated from the University of California, Los Angeles with a B.A. in English and Loyola Law School, Los Angeles, *cum laude,* with a Juris Doctor degree and as a member of the Order of the Coif.



**TODD M. ARNOLD**
tma@lnbyg.com

**TODD M. ARNOLD**  ATTORNEY AT LAW
EMAIL: TMA@LNBYG.COM  DIRECT: 310.229.3349

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# L N B Y & G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**ANTHONY A. FRIEDMAN** specializes in the representation of debtors in reorganizations and liquidations, Chapter 7 and Chapter 11 Trustees, bankruptcy litigation, State Court litigation, and creditors' committees. Mr. Friedman is admitted to practice before all the Courts of the State of California, the United States District Court, Central, Eastern, Northern and Southern Districts, the Ninth Circuit Court of Appeals and the United States Supreme Court. Mr. Friedman received his Juris Doctor degree from the University of La Verne School of Law in 1999 and his Bachelor of Arts degree from the University of California at San Diego in 1992. Prior to joining Levene, Neale, Bender, Yoo & Golubchik L.L.P., Mr. Friedman was a judicial extern for the Honorable Kathleen Thompson, United States Bankruptcy Judge, Central District of California.  Mr. Friedman is also a member of the American Bankruptcy Institute, the Los Angeles County Bar Association, the Los Angeles Bankruptcy Forum, the California Bankruptcy Forum, the Financial Lawyer's Conference, the James T. King Bankruptcy Inn of Court (current Board member and past president 2017–2018), and several Southern California Bar Associations. Mr. Friedman is also a volunteer in the Public Counsel Law Center Bankruptcy pro bono project.



**ANTHONY A. FRIEDMAN**
aaf@lnbyg.com

**ANTHONY A. FRIEDMAN**  ATTORNEY AT LAW
EMAIL: AAF@LNBYG.COM  DIRECT: 310.229.3396

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**KURT RAMLO**

kr@lnbyg.com

**KURT RAMLO**, a Los Angeles native, provides restructuring advice to business organizations facing financial distress. His practice includes guiding organizations through out-of-court and chapter 11 reorganizations, as well as related transactions and litigation. He routinely provides advice on structuring cutting-edge transactions on behalf of public and private debtors, foreign representatives, receivers, shareholders, plan sponsors, third-party acquirers, secured and unsecured creditors, creditors' committees and post-petition lenders, as well as other restructuring professionals. A former Assistant United States Attorney, Mr. Ramlo also has extensive trial and commercial litigation experience in bankruptcy and federal district courts.

His representative chapter 11 matters include advising the debtors in NexPrise, Inc.; Hingham Campus; Minor Family Hotels; Delphi Corporation; Refco; Blue Bird Body Company (prepackaged plan); Friedman's Jewelers; First Virtual Communications; Kmart Corporation; ZiLOG, Inc. (prepackaged plan); Stone & Webster; Wilshire Center Marketplace (Ambassador Hotel); Washington Group; and Furr's Supermarkets; the foreign representatives in Flightlease Holdings and SunCal; the receiver in private equity management group; equity stockholders or plan sponsors in Charter Communications; Crescent Jewelers; Oregon Arena Corporation; Old UGC; and Clift Holdings (The Clift Hotel); asset purchasers and bidders in Medical Capital Holdings; Variety Arts Theatre; Chef Solutions Holdings; People's Choice Financial Corporation; Sun World; The Walking Company; Centis; and iSyndicate; estate professionals in General Growth Properties and Leap Wireless; and creditors in Cocopah Nurseries; One Pelican Hill North, L.P.; McMonigle Residential Group; Contessa Premium Foods; LBREP/L-Lehman SunCal Master I, LLC; Phoenix Coyotes; GTS 900 F (Concerto); Cupertino Square; American Home Mortgage; Trump Casinos; Consolidated Freightways; Loral Space & Communications; Leap Wireless; DirecTV Latin American; Northwestern Corporation; Airwalk; Centis; Regal Cinemas; eToys; Excite/At Home Corporation; Paracelsus Healthcare; and the creditors' committee in Hamakua Sugar Company.

Litigation matters include CanAm Capital Holdings (Ponzi scheme fraudulent transfer action); Lyondell Chemical (New York LBO fraudulent transfer action); Linens N Things (preference); patent holder (obtaining stay pending appeal of $112 million judgment); S&W Bach (New York fraudulent transfer action); One Pelican Hill North

continued. . .

pg 1 of 2

**KURT RAMLO**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

**LNBY&G**

(California lender liability); Lost Lakes (Washington lender liability); satellite dish provider (piracy and dischargeability); Prium (lender liability); Spansion, Inc. (transfer pricing dispute); Delphi (Michigan state tax litigation; vendor litigation); Refco (Swiss securities litigation); Old UGC ($3.7 billion breach of merger action); Airwalk (debt recharacterization trial); various actions representing the United States (Medicare fraud and dischargeability; surety bond enforcement; loan and guaranty enforcement; wrongful foreclosure litigation; enforcement of criminal fines and restitution orders).

Published decisions issued in matters litigated by Mr. Ramlo include United States Pac. Ins. Co. v. United States Dep't of Interior, 70 F. Supp. 2d 1089 (C.D. Cal. 1999); Secretary of HUD v. Sky Meadow Assoc., 117 F. Supp. 2d 970 (C.D. Cal. 2000); Yunis v. United States, 118 F. Supp. 2d 1024 (C.D. Cal. 2000); and United States Dep't of Educ. v. Wallace (In re Wallace), 259 B.R. 170 (C.D. Cal. 2000).

He is a co-author of "American Bankruptcy Reform and Creativity Prompt the In re Blue Bird Body Company One-Day Prepackaged Plan of Reorganization," International Corporate Rescue, Kluwer Law International (London) (December 2006), included in Expedited Debt Restructuring: An International Comparative Analysis, Rodrigo Olivares-Caminal ed., Kluwer Law International (The Netherlands) (2007).

In 1993, Mr. Ramlo obtained his law degree from the University of California, Davis and in 1990 a Bachelor of Music degree, with a concentration on music performance on bassoon, from California State University, Northridge.

**KURT RAMLO**  ATTORNEY AT LAW
EMAIL: KR@LNBYG.COM  DIRECT: 310.229.3378

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**



**PROFESSIONAL RÉSUMÉ**

**EVE H. KARASIK** is a business restructuring and bankruptcy attorney who focuses her practice on the representation of business entities in a variety of industries. In addition to representing corporate debtors, Ms. Karasik has represented creditors' committees, equity committees, post-confirmation liquidating trusts and Bankruptcy Code section 524(g) trusts, assignees and assignors for assignments for the benefit of creditors, receivers and creditors in state and federal receiverships, and significant creditors and litigation parties in cases pending around the country. She began her legal career at Stutman, Treister & Glatt P.C., a nationally recognized bankruptcy boutique where she practiced until May 1, 2014 when the firm had to close its doors.



**EVE H. KARASIK**

ehk@lnbyg.com

Ms. Karasik has a breadth of experience representing entities in wide variety of industries,. Some of her debtor representations of note include: <u>Valley Economic Development Corporation</u> (Los Angeles, CA, *Loan Origination and Servicing*), <u>Marshall Broadcasting, Inc.</u> (Houston, TX, *Media*), <u>Cornerstone Apparel, Inc.</u> (Los Angeles, CA, *Retail*), <u>Anna's Linens, Inc.</u> (Los Angeles, CA, *Retail*), <u>Associated Third Party Administrators and Allied Fund Administrators LLC</u> (Los Angeles, CA, *Benefits Administration*), <u>Imperial Capital Bancorp, Inc.</u> (San Diego, CA, *Bank Holding Company*), <u>Utah 7000, LLC</u>, et al (Salt Lake City, UT, *Luxury Real Estate Development*), <u>Resort at Summerlin</u>, et al (Las Vegas Nevada, *Gaming*); <u>Gold River Hotel & Casino</u>, et al (Las Vegas, Nevada, *Gaming*), <u>Falcon Products, Inc.</u>, et al (St. Louis, MO, *Furniture Manufacturer*), <u>Clark Retail Group</u>, et al (Chicago, IL, *Gas Station and Convenience Stores*), <u>MJ Research, Inc.</u> (Reno, NV, *Bio Tech*), <u>Cell Pro,</u> (Seattle, Washington, *Bio Tech*); and <u>U.S. Aggregates, Inc.</u>, et al (Reno, NV, *Mining*). Her creditor and equity committee representations include <u>PHI, Inc.</u> (Dallas, TX, *Oil and Gas Logistics*), <u>New Meatco Provisions, LLC</u> (Los Angeles, CA, *Food Distribution*), <u>Circus</u> and <u>Eldorado Joint Venture</u>, et al. (Reno, NV, *Gaming*), <u>Riviera Holdings Corporation</u>, et al. (Las Vegas, NV. *Gaming*), <u>Eurofresh, Inc.</u>, et al (Phoenix, AZ, *Food Producer and Distributor*), <u>USA Capital First Trust Deed Fund</u> (Las Vegas, NV, *Real Estate Investment Fund*), <u>Aladdin Gaming, Inc.</u> (Las Vegas, NV, *Gaming*), and <u>Amerco</u> (Reno, NV, *Retail/Trucking*).

Ms. Karasik has also served as counsel to the Trustee in the Securities Investor Protection Corporation liquidation proceeding of <u>W.S. Clearing, Inc.</u> (Los Angeles, CA, *Securities Clearinghouse*), counsel to the Examiner in the <u>Fontainebleau Las Vegas Holdings, LLC.</u>, et al. (Miami, FL, *Gaming*), and counsel to the J.T. Thorpe

continued. . .                                                                                  pg 1 of 4

**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 1

## LNBY&G

Settlement Trust, the <u>Thorpe Insulation Company Settlement Trust</u>, <u>Plant Insulation Settlement Trust</u>, and the <u>Western Asbestos Settlement Trust</u> (Reno, NV, Section 524(g) *Bankruptcy Trusts*).

Ms. Karasik is a fellow in the American College of Bankruptcy. She has been ranked in Chambers USA, Band 3, Bankruptcy and Restructuring, California 2020. Ms. Karasik has received several awards in her field, including the Century City Bar Association Bankruptcy Attorney of the Year for 2015, and the Turnaround Managers Association "2007 Large Company Transaction of the Year" award for her work on the U.S.A. Commercial Mortgage Company Chapter 11 Cases. She is also been named a Southern California States Super Lawyers®, 2012–2020 for Bankruptcy & Creditor/Debtor Rights; Best Lawyers in America®, Bankruptcy and Creditor-Debtor Rights Law, 2007– 2020; and AV/Preeminent Attorney® as rated by Martindale-Hubbell®, 5.0 out of 5.0.

**Ms. Karasik has appeared as a speaker on the following topics before the following organizations:**

- American Bankruptcy Institute, Annual Spring Meeting, 2019, The Continuing Vitality of the Jay Alix Protocol, and other Issues Related to the Retention of Distressed Management Consultant
- American Bankruptcy Institute, Bankruptcy Battleground West, 2019, Crossfire Panel: Jevic Debate
- American Bankruptcy Institute, Annual Spring Meeting, 2018, Life After Jevic: How Will the Supreme Court's Decision Affect Chapter 11 Practice
- California Bankruptcy Forum 2016, Mo Fees Mo Objections – Notoriously B.I.G. Problems for Professionals Seeking to be Employed and Paid
- American Bankruptcy Institute, Winter Leadership Conference 2015, Perfecting the Pitch
- Turnaround Managers Association, 7th Annual Western Regional Conference July 16, 2015: "Successor Liability & Section 363 Sales: Everything You Always Wanted to Know, But Were Afraid Someone Would Tell You"
- American Bankruptcy Institute, Spring Meeting 2015: "Trustee Selection in Commercial Bankruptcy Cases: Who Wins the Battle to Control the Estate?"
- Los Angeles Bankruptcy Forum: "LLCs in Bankruptcy: Tricks and Traps (or Points of Leverage and Lurking Dangers)," April 20, 2015

continued. . .

**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 2



- American Bankruptcy Institute, Spring Meeting 2014: "The Ever-Changing Roles of Committees"
- American Bankruptcy Institute, Webinar July 15, 2013: "The Section 1111(b) Election, Plan Feasibility and Cramdown Issues"
- American Bankruptcy Institute, Spring Meeting 2013: "The Section 1111(b) Election, Plan Feasibility and Cramdown Issues"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2011: "Great Debates – Third Party Injunctions in Chapter 11 Plans"
- American Bankruptcy Institute, Spring Meeting 2011: "Ethics and Professional Compensation: Actions to Avoid and Recover Fees"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2009: "Great Debates – Administration of Administratively Insolvent Estate for the Benefit of a Secured Creditor"
- American Bankruptcy Institute, Spring Meeting 2009: "Great Debates – Sale of Assets Free and Clear of Liens Over the Objection of the Secured Creditor"
- CRG Winter Conference, 2009: "Panel Discussion – Guide for Operating in the Zone of Insolvency"
- American Bankruptcy Institute, Southwest Bankruptcy Conference, 2008: "Claims Trading, Fiduciary Duties and Other Pesky Committee Issues"
- American Bankruptcy Institute, Winter Leadership Meeting, 2006: "Fibermark – New Duties and Beyond – Ethical Problems of Committee Membership and Representation in a Hedge Fund World"
- American Bankruptcy Institute, Spring Meeting 2004: "Successor Liability Revisited – Recent Developments and Trends"

Ms. Karasik received her B.A., with High Honors in History, from the University of California, Berkeley in 1984, and her J.D. from the University of Southern California Law School (Gould School of Law), Order of the Coif, 1991. She was admitted to the California Bar in 1991. She was admitted to the Ninth Circuit Court of Appeals in 1991, the United States District Court for the Central and Northern Districts of California in 1991 and 1992, and the Southern and Eastern Districts of California in 1994. She has also practiced extensively in federal courts throughout the country including in Nevada, Arizona, Utah, Delaware, Washington, Illinois, Missouri, Arizona, Florida and Texas.

continued. . .
pg 3 of 4

**EVE H. KARASIK** ATTORNEY AT LAW
EMAIL: EHK@LNBYG.COM DIRECT: 310.229.3350

2818 LA CIENEGA AVENUE, LOS ANGELES, CA 90034
MAIN: 310.229.1234 FAX: 310.229.1244 LNBYG.COM

**EVE H. KARASIK**
**PROFESSIONAL RÉSUMÉ**
continued from page 3

**LNBY&G**

**Ms. Karasik is active in various organizations, including:**

- American College of Bankruptcy, (2019–present)
- American Bankruptcy Institute: Executive Committee of Board of Directors (2019–present), Board of Directors 2015–2019), Bankruptcy Battleground West Conference, Co-Chair, 2012–2015, Ethics and Compensation Subcommittee, Education Director, 2014–15, Newsletter Editor, 2012–2014
- Ninth Circuit Judicial Conference Lawyer Representative, 2015–2018
- Los Angeles Bankruptcy Forum, Incoming President (2020–2021), Executive Committee Member 2017 to 2020, Board Member 2014
- Credit Abuse Resistance Education (CARE), Southern California Chapter, Advisory Committee Member and Volunteer 2018–present
- State Bar of California, Business Law Section, Member
- State Bar of California, Insolvency Law Committee, Member, 2005–2006
- LA County Bar Association, Commercial Law and Bankruptcy Section, Member
- Women Lawyers Association of Los Angeles, Former Executive Committee Member
- Turnaround Managers Association ("TMA") Awards Committee, Member, 2009–2011
- TMA Distressed Investing Conference Planning Committee, Member, 2013–2014

. pg 4 of 4

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ

**CARMELA T. PAGAY**, a partner at LNBY&B, specializes in representation of debtors in reorganizations and liquidations, creditor committees, and Chapter 7 and Chapter 11 trustees, and bankruptcy litigation.

Ms. Pagay received her Bachelor of Arts Degree in Political Science from the University of California, Los Angeles in 1994, and her Juris Doctor from Loyola Law School, Los Angeles in 1997, where she was Senior Production Editor of the *Loyola of Los Angeles International and Comparative Law Journal.* Ms. Pagay is admitted to practice before the United States District Court, Central, Eastern, Northern, and Southern Districts, the Ninth Circuit Court of Appeals, and the United States Supreme Court.

She currently sits on the Women Lawyers Association of Los Angeles Foundation Board of Governors, and is a member of the Los Angeles County Bar Association and the Asian Pacific American Bar Association of Los Angeles County. Ms. Pagay is also a longstanding editorial board member of the *Los Angeles Lawyer* magazine and was its Chair for 2020–2021.



**CARMELA T. PAGAY**
ctp@lnbyg.com

**CARMELA T. PAGAY**  ATTORNEY AT LAW
EMAIL: CTP@LNBYG.COM  DIRECT: 310.229.3362

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**JOHN-PATRICK M. FRITZ**
jpf@lnbyg.com

**JOHN-PATRICK M. FRITZ** was named a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. in January 2016.  Mr. Fritz advises clients as chapter 11 debtors in possession, purchasers, post-petition lenders, creditors, committees, and litigants in bankruptcy related matters.  Mr. Fritz is also a Subchapter V Trustee for Chapter 11 Small Business Reorganizations.

Mr. Fritz represents clients in all industries, including start-ups, intellectual property-based companies, hotels and hospitality, commercial real estate, food production, restaurants, retail, manufacturing, construction, and entertainment and film. Combining multi-faceted experience with innovation, Mr. Fritz employs a goal-oriented approach to achieve successful results, whether as counsel to a company reorganizing its affairs, a creditor navigating its best recovery, or as Trustee mediating a reorganization between debtor and creditor parties.

For many years, Mr. Fritz has served on the board of directors for the Los Angeles Bankruptcy Forum, the board of governors and executive committee of the Financial Lawyers Conference, and the advisory board for the American Bankruptcy Institute's annual Bankruptcy Battleground West program.  Mr. Fritz is a regular panel speaker on bankruptcy and restructuring issues for various professional and business organizations, and he has received the honor of being named a "Super Lawyer" and "Rising Star" by *Super Lawyers* magazine.

Mr. Fritz served as a judicial law clerk to the Hon. Maureen A. Tighe for two years, from 2007 to 2009, before joining the firm as an associate in 2009.  Mr. Fritz graduated Tufts University, *cum laude,* with honors, and Southwestern Law School, *magna cum laude,* in the top 5% of his class.  Mr. Fritz studied abroad for one year in Kyoto, worked for the Japanese government in Japan for two years, and is proficient in Japanese.

**JOHN-PATRICK M. FRITZ**  ATTORNEY AT LAW
EMAIL: JPF@LNBYG.COM  DIRECT: 310.229.3395

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**KRIKOR J. MESHEFEJIAN**

kjm@lnbyg.com

**KRIKOR MESHEFEJIAN** is a partner at Levene, Neale, Bender, Yoo & Golubchik L.L.P. He represents clients in all aspects of financial reorganization, corporate restructuring, insolvency and commercial litigation. He has helped businesses and individuals successfully and efficiently confirm chapter 11 plans of reorganization, sell assets, negotiate settlements, and litigate complex legal disputes in bankruptcy courts. His clients include financially distressed technology, healthcare, natural resource, restaurant, food processing, real estate investment and other retail, whole-sale and service businesses, and all types of individuals seeking appropriate debt relief. He also represents creditors seeking to protect their rights and interests in bankruptcy cases, and trustees in connection with administering bankruptcy cases. He applies a "hands-on" approach to all of his cases and provides his clients with personal attention to all aspects of their case, from inception to conclusion, while focusing on obtaining outstanding results in a cost-effective manner. His creative solutions to complex legal and financial problems have helped his clients preserve their assets and businesses, and protect and enforce their legal rights and claims. He has been selected to the "Rising Star" list every year since 2013, an honor reserved for those lawyers who exhibit excellence in practice.

Prior to joining the firm in 2008, Mr. Meshefejian clerked for the Honorable Geraldine Mund and the Honorable Victoria S. Kaufman, United States Bankruptcy Judges. Mr. Meshefejian obtained his J.D. in 2007, *magna cum laude,* from the University of Illinois College of Law, where he served as senior editor for the Illinois Business Law Journal and received the Rickert Award for excellence in legal writing.

**KRIKOR J. MESHEFEJIAN**  ATTORNEY AT LAW
EMAIL: KJM@LNBYG.COM  DIRECT: 310.229.3380

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G

**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**LINDSEY L. SMITH** joined LNBYG in February 2010. Ms. Smith obtained her law degree *cum laude* from Loyola Law School, where she was a member of the Alpha Sigma Nu and the St. Thomas More Honor Society, and recipient of the First Honors Award in Election Law. Ms. Smith obtained a B.A. in political science with an emphasis in American Politics from Boston University. Ms. Smith has been named a Super Lawyers Rising Star each year since 2013.

Ms. Smith focuses her practice on the representation of Chapter 11 debtors in possession and Chapter 7 trustees. Ms. Smith has significant experience in successfully representing Chapter 11 debtors from the beginning of a case filing through plan confirmation. Ms. Smith has also represented several Chapter 11 debtors in connection with Section 363 sales of substantially all of their assets.

**LINDSEY L. SMITH**
lls@lnbyg.com

**LINDSEY L. SMITH**  ATTORNEY AT LAW
EMAIL: LLS@LNBYG.COM  DIRECT: 310.229.3369

2818 LA CIENEGA AVENUE, LOS ANGELES, CA   90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# LNBY&G
**LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.**
LAW OFFICES

## PROFESSIONAL RÉSUMÉ



**JEFFREY S. KWONG (鄺世傑)** joined LNBYG as an associate in 2014. Mr. Kwong represents Chapter 11 debtors, unsecured creditor committees, secured and unsecured creditors, and parties in bankruptcy litigation and appeals from a variety of industries, including hotels and hospitality, lending and banking, commercial real estate, restaurants, retail, and healthcare. Mr. Kwong's prior Chapter 11 debtor engagements include *Cornerstone Apparel, Inc., Anna's Linens, Tala Jewelers, Inc.,* and *Green Fleet Systems, LLC.* Further, he has represented commercial landlords in some of the largest retail bankruptcy cases filed across the country in recent years.

Prior to joining the firm, Mr. Kwong served for two years as law clerk to the Honorable Deborah J. Saltzman, United States Bankruptcy Judge for the Central District of California. Mr. Kwong obtained his J.D. in 2012 from the University of California, Berkeley, Boalt Hall School of Law, where he served as an editor for the *Berkeley Journal of International Law* and a Senior Articles Editor for the *Asian American Law Journal.* He received his undergraduate degree, *summa cum laude,* from the University of California, San Diego.

He is a member of the Beverly Hills Bar Association, Turnaround Management Association, Los Angeles Bankruptcy Forum, Association for Corporate Growth, Southern California Chinese Lawyers Association, and Asian Pacific CPA Association. He also serves as Legal Advisor to the Soo Yuen Fraternal Association of Southern California.

**JEFFREY S. KWONG**
jsk@lnbyg.com

**JEFFREY S. KWONG**  ATTORNEY AT LAW
EMAIL: JSK@LNBYG.COM  DIRECT: 310.229.3337

2818 LA CIENEGA AVENUE, LOS ANGELES, CA  90034
MAIN: 310.229.1234  FAX: 310.229.1244  **LNBYG.COM**

# ROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled **FIRST AND FINAL APPLICATION OF LEVENE, NEALE BENDER, YOO & GOLUBCHIK L.L.P. FOR COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED BY ATTORNEYS FOR CHAPTER 7 TRUSTEE; DECLARATIONS OF ANTHONY A. FRIEDMAN AND HOWARD M. EHRENBERG IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 24, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Howard M Ehrenberg (TR)    ehrenbergtrustee@sulmeyerlaw.com, ca25@ecfcbis.com;C123@ecfcbis.com;hehrenberg@ecf.inforuptcy.com
- Anthony A Friedman    aaf@lnbyb.com
- Ashley L Gjorgjeski    efile@fivelakesagency.com
- Sheryl K Ith    sith@cookseylaw.com, sith@ecf.courtdrive.com
- Craig C Lang    clang@feldmanandassoc.com, mfeldman@feldmanandassoc.com
- Edmond Richard McGuire    ermlawgroupcmecf@gmail.com,R60691@notify.bestcase.com
- Arvind Nath Rawal    arawal@americaninfosource.com
- Ketan G Sawarkar    ketan.sawarkar@americaninfosource.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Jennifer H Wang    jwang@cookseylaw.com, jwang@ecf.courtdrive.com
- Edward M Wolkowitz    emw@lnbrb.com

**2.  SERVED BY UNITED STATES MAIL**: On **January 24, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Christopher Jason Waters
1001 Fremont Ave., #3763
South Pasadena, CA  91030

RSN
Capital One Auto Finance
a division of Capital One, N.A. Dept
AIS Portfolio Services, LP
4515 N Santa Fe Ave, Dept. APS
Oklahoma City, OK 73118

Trustee Accountant
John J. Menchaca
Menchaca & Company LLP
835 Wilshire Boulevard, Suite 300
Los Angeles, CA  90017

The Honorable Sandra R. Klein
United States Bankruptcy Court
255 E. Temple Street, Suite 1582
Los Angeles, CA  90012

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**3.**    **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 24, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 24, 2022 | Lisa Masse | /s/ Lisa Masse |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                              **F 9013-3.1.PROOF.SERVICE**